FILED
2:13 pm Dec 19 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 23-CR-00585 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN LUMBUS, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of Colleen Egan, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Ohio State Penitentiary, Youngstown, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or Drug Enforcement Administration.  The Court, being fully advised in the said matter, finds that the said Brian Lumbus, Jr., is detained in the Ohio State Penitentiary, Youngstown, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C), 846, 843(b), 18 U.S.C. §§ 2, 1952(a)(3), 1956(a)(2)(B)(i) and (h), at Cleveland, Ohio, before the Honorable Magistrate Judge Thomas M. Parker on Friday, January 5, 2024, at 11:00 a.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ

be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or Drug Enforcement Administration.

Thomas M. Parker, United States Magistrate Judge