Print

# CASE INFORMATION

## CR-98-366988-C  STATE OF OHIO vs. BRIAN LUMBUS

## Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 07/02/2013 | 07/02/2013 | D1 | CS | RC 2743.70 REPARATION FEE | |
| 05/29/2004 | 05/29/2004 | D1 | DR | Computer Fee | |
| 05/29/2004 | 05/29/2004 | D1 | DR | COURT REPORTER FEE | |
| 05/29/2004 | 05/29/2004 | D1 | DR | WITNESS FEES | |
| 05/29/2004 | 05/29/2004 | D1 | DR | Legal Research | |
| 05/29/2004 | 05/29/2004 | D1 | DR | Sheriff Fees | |
| 05/29/2004 | 05/29/2004 | D1 | DR | Clerk Fees | |
| 08/06/2001 | 08/16/2001 | D | CV | DEFENDANT'S PROBATION MAY EXPIRE ON AUGUST 19, 2001. ..PAT 08/13/01 14:45 | |
| 02/17/2000 | 02/25/2000 | D | CV | DEFENDANT'S PROBATION IS TRANSFERRED FROM INTENSIVE SPECIAL PROBATION TO REGULAR SUPERVISION. ..1TT 02/22/00 10:02 | |
| 08/19/1999 | 08/25/1999 | D | CV | ON 08/19/1999 A HEARING WAS HELD PURSUANT TO R. C. 2929.20 UPON DEFENDANT'S REQUEST FOR JUDICIAL RELEASE. COUNSEL AND DEFENDANT PRESENT. PURSUANT TO R. C. 2929.20 (D) THE VICTIM OR VICTIM'S REPRESENTATIVE WAS NOTIFIED. AFTER DUE CONSIDERATION OF THE RECORD, ANY ORAL OR WRITTEN STATEMENTS PREPARED, AS WELL AS THE PRINCIPLES AND PURPOSES OF SENTENCING UNDER R. C. 2929.11, AND THE SERIOUSNESS AND RECIDIVISM FACTORS UNDER R. C. 2929.12, THE COURT FINDS THAT DEFENDANT IS ELIGIBLE FOR JUDICIAL RELEASE AND HAS SERVED ALL MANDATORY PRISON TIME. THE COURT FURTHER FINDS THAT A NON-PRISON SANCTION WILL ADEQUATELY PROTECT THE PUBLIC AND WILL NOT DEMEAN THE SERIOUSNESS OF THE OFFENSE. THE COURT SENTENCES THE DEFENDANT TO SERVE 2 YEARS OF COMMUNITY CONTROL SANCTIONS. CONDITIONS TO INCLUDE: DEFENDANT TO ENROLL IN GED PROGRAM BY AUGUST 23, 1999; DEFENDANT TO BE SUPERVISED BY INTENSIVE SPECIAL PROBATION UNIT FOR 6 MONTHS; DEFENDANT TO ENROLL IN WORK INCENTIVE PROGRAM; DEFENDANT TO OBTAIN LEGITIMATE JOB BY SEPTEMBER 16, 1999; DEFENDANT TO HAVE HOME VISIT; DEFENDANT TO PERFORM 30 HOURS COURT COMMUNITY WORK SERVICE; DEFENDANT TO WRITE LETTER OF APOLOGY TO WILL BAKER. VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, A PRISON TERM OR EXTENSIONS, AS PROVIDED BY LAW. THE DEFENDANT IS ORDERED RELEASED. ..HEB 08/23/99 08:34 | |
| 08/11/1999 | | D | CV | IN CUSTODY; RETURNED FROM LORCI ..CXJ 08/20/99 10:44 | |
| 08/02/1999 | 08/05/1999 | D | CV | DEFENDANT ORDERED FORTHWITH FROM LORAIN CORRECTIONAL INSTITUTION FOR A JUDICIAL RELEASE HEARING TO BE HELD ON AUGUST 19, 1999 AT 9:00 A.M. SHERIFF TO TRANSPORT. DEFENDANT IS A BLACK/MALE; DOB 10-18-79; SSN: XXX-XX-XXXX. ..SLP 08/03/99 15:32 | |
| 04/29/1999 | | D | CV | DEFENDANT IN COURT WITH COUNSEL. ATTORNEY JIM KERSEY PRESENT. ON A FORMER DAY DEFENDANT ENTERED A PLEA OF GUILTY TO AGGRAVATED ASSAULT, RC 2903.12 F4 AS AMENDED IN COUNT TWO OF THE INDICTMENT. DEFENDANT ADDRESSES THE COURT. THE COURT CONSIDERED ALL OF THE REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON TERM OF 1 YEAR AT THE LORAIN CORRECTIONAL INSTITUTION, TO RUN CONCURRENT WITH CR 371141. THE SENTENCE INCLUDES ANY EXTENSIONS PROVIDED BY LAW. POSSIBLE | |

| | | | |
|---|---|---|---|
| | | | SHOCK PROBATION AFTER 90 DAYS. DEFENDANT TO PAY COURT COSTS. ..DMB 04/30/99 13:33 |
| 03/29/1999 | D | CV | DEFENDANT'S SENTENCING DATE IS SET FOR APRIL 29, 1999 AT 10:00 A.M. ..RXC 03/30/99 12:59 |
| 02/23/1999 | D | CV | PRE-TRIAL HELD AND CONTINUED TO MARCH 3, 1999 AT 9:00 A.M. AT THE DEFENDANT'S REQUEST. ..RXC 02/26/99 15:53 |
| 01/25/1999 | D | CV | DEFENDANT IN COURT WITH COUNSEL JAMES KERSEY. PROSECUTING ATTORNEY ROBERT GLICKMAN PRESENT. DEFENDANT WAS ADVISED OF ALL CONSTITUTIONAL RIGHTS AND PENALTIES. ON RECOMMENDATION OF THE PROSECUTOR COUNT 2 IS AMENDED TO READ AGGRAVATED ASSAULT ORC 2903.12 F-4 AND BY DELETING FIREARM SPECIFICATION. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO AGGRAVATED ASSAULT ORC 2903.12 F-4 AS AMENDED IN COUNT 2 OF THE INDICTMENT. ON RECOMMENDATION OF PROSECUTOR COUNT 1 IS NOLLED. THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT. SENTENCING SET FOR FEBRUARY 22, 1999 AT 10:30 A. M. ..RAT 01/26/99 12:17 |
| 12/17/1998 | D | CV | PRETRIAL HELD. TRIAL SET FOR JANUARY 25, 1999 AT 9:00 A.M., AT THE DEFENDANT'S REQUEST. ..NXE 12/18/98 13:28 |
| 10/15/1998 | D | CV | MOTION FOR SEPARATE TRIALS,WEINTRUAB WITH FILE BJ, ..WGH 10/15/98 11:56 |
| 10/01/1998 | D | CV | MOTION FOR DISCOVERY; MOTION FOR EVIDENCE NOTICE;MOTION FOR BILL OF PARTI CULARS; GLICKMAN WITH FILE BJ, ..BXJ 10/01/98 11:26 |
| 09/17/1998 | D | CV | MOTION FOR DISCOVERY; MOTION FOR EVIDENCE NOTICE,MOTION FOR BILL OF PARTI CULARS; GLICKMAN WITH FILE BJ, MFD/BOP MAILED & FILED/LC ..KXG 09/29/98 14:52 |
| 09/14/1998 | D | CV | DEFENDANT IN COURT WITH COUNSEL JAMES KERSEY (241-3470). PRETRIAL SET FOR SEPTEMBER 23, 1998 AT 9:00 A.M. ..RAT 09/15/98 11:19 |
| 09/11/1998 | D | CV | DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PRESENT WITH COUNSEL. DEFN RETAINED JAMES M KERSEY AS COUNSEL. DEFN PLEAD NOT GUILTY TO INDICTMENT. JUDGE PEGGY F JONES ASSIGNED TO CASE. BOND SET AT 10,000 DOLLARS. BOND TYPE: CASH/SURETY/PROP. ADDITIONAL AMOUNT OF BAIL AS SET FORTH IN ORC. 2743.70 AND ORC. 2949.091 ..DXR 09/11/98 10:01 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2024 PROWARE. All Rights Reserved. 1.1.280



**Office of**

# TOM ORLANDO
Lorain County Clerk of Court of Common Pleas
Lorain County Justice Center, 225 Court St., 1st Floor, Elyria, OH 44035

## Public Docket Information

### *OHIO VS LUMBUS, JR*    Case Number: **01CR057945**

---- Case Details ----

| | |
|---|---|
| Type Of Action: | Criminal |
| Judge: | Burge, Judge James |
| Filed On: | 4/25/2001 |

---- Parties ----

| Name | Birth Date | Party | Address | Attorney(s) |
|---|---|---|---|---|
| STATE OF OHIO | N/A | P | , | |
| LUMBUS, JR., BRIAN | 12/25/79 | D | 104 PORTIA COURT ELYRIA, OHIO 44035 | EMOFF, JEROME 620 TERMINAL TOWER |
| | | | | CLEVELAND, OH 44113 CLEVELAND, OHIO |
| | | | | SCHLACHET, JAYE M LAW OFFICES OF JAYE M SCHLACHET 55 PUBLIC SQUARE, STE 1600 CLEVELAND, OHIO 44113 |

---- Open Balance Information ----

| STATE OF OHIO | Open Balance: | $ 0.00 |
|---|---|---|
| | Pending Payment: | $ 0.00 |
| | **Pending Balance:** | **$ 0.00** |

This case/party is not currently eligible to pay online.

| Pay Online |

| LUMBUS, JR., BRIAN | Open Balance: | $ 363.90 |
|---|---|---|
| | Pending Payment: | $ 0.00 |
| | **Pending Balance:** | **$ 363.90** |

An online payment between $5.00 and $363.90 may be made now for this case/party

| Pay Online |

**Note: We do not support Safari or Chrome browsers. The recommended browsers are: Firefox 4.0 or higher or Internet Explorer IE7 or higher**

---- Filter Docket ----

- ☐ Show All
- ☐ SERVICE
- ☐ (KJG)
- ☐ ARRAIGNMENT

- ☐ INDICTMENT
- ☐ WRIT
- ☐ (LMM)
- ☐ FILING

- ☐ RETURN
- ☐ BOND
- ☐ CAPIAS
- ☐ ENTRY

☐ MOTION  ☐ CONTINUED  ☐ NOTICE
☐ NOTE  ☐ REPORTER  ☐ PRETRIAL
☐ PLEA  ☐ PLEA/WAIVE  ☐ SENTENCING
☐ SENT/CONV  ☐ FI FA  ☐ REPORT

[Filter]

| Date | Type | Description |
|---|---|---|
| 04/25/2001 | INDICTMENT | INDICTMENT FILED. WARRANT TO ARREST W/COPY OF INDICTMENT ISSUED TO LORAIN COUNTY SHERIFF. INDICTMENT FOR TRAFFICKING IN COCAINE, 2925.03(A), 3 COUNTS |
| 05/04/2001 | RETURN | SHERIFF'S RETURN - I ARRESTED DEFENDANT ON MAY 3, 2001, PHIL R. STAMMITTI, SHERIFF |
| 05/04/2001 | SERVICE | CERTIFICATE OF SERVICE FILED. |
| 05/04/2001 | WRIT | WARRANT TO DISCHARGE ISSUED TO LORAIN COUNTY SHERIFF |
| 05/04/2001 | BOND | BOND POSTED: $5,000.00 SURETY BOND POSTED BY A-1 BAIL BONDING |
| 05/04/2001 | BOND | BOND SET AT $5,000 CASH (KJG)VOL 861,PAGE 851 |
| 05/09/2001 | (KJG) | DEFENDANT FAILED TO APPEAR.CAPIAS ISSUED.CASE IS ASSIGNED FOR JUDGE MCGOUGH.VOL 861,PAGE 1913 |
| 05/09/2001 | RETURN | SHERIFF'S RETURN - I ARRESTED DEFENDANT ON MAY 9, 2001,PHIL R STAMMITTI,SHERIFF |
| 05/10/2001 | (LMM) | THE PREVIOUS SURETY BOND ON THIS CASE IS RE-INSTATED SUBJECT TO ALL TERMS AND CONDITIONS SET FORTH BY COURT SUPERVISED RELEASE,INCLUDING ZERO TOLERANCE FOR DRUGS AND ALCOHOL. DEFT IS ORDERED TO REPORT TO COURT SUPERVISED RELEASE WITHIN 24 HOURS OF RELEASE FROM LCCF.1 CC TO SHFF VOL 861,PAGE 1992 |
| 05/10/2001 | CAPIAS | CAPIAS ISSUED TO LORAIN COUNTY SHERIFF. |
| 05/10/2001 | ARRAIGNMENT | DEFENDANT ARRAIGNED. WAIVED STATUTORY 24 HOUR SERVICE REQUIREMENT OF INDICTMENT. WAIVED READING OF INDICTMENT. ENTERED PLEA OF NOT GUILTY.BOND REFERRED TO CSR FOR REVIEW AND RECOMMENDATION.PRETRIAL SET FOR 5/25/01 AT 9:30 AM CONTINUANCE GRANTED FOR DEFT TO OBTAIN COUNSEL.(LMM) VOL 861,PAGE 1991 |
| 05/24/2001 | FILING | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY FILED. |
| 05/24/2001 | FILING | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR A BILL OF PARTICULARS FILED. |
| 05/25/2001 | ENTRY | FIRST PRETRIAL HAD. DEFT DOES REQUEST DISCOVERY AND BILL OF PARTICULARS. PROSECUTOR TO PROVIDE DISCOVERY AND BILL OF PARTICULARS ON OR BEFORE: 5/25/01 DEFT TO PROVIDE PROSECUTOR WITH DISCOVERY ON OR BEFORE: 6/8/01 ALL MOTIONS SHALL BE FILED ON OR BEFORE: 7/13/01 AT THE REQUEST OF THE DEFT, CASE IS SET FOR NEXT PRETRIAL: 6/29/01 AT 9:30AM. DEFT WAIVES STATUTORY TIME PURSUANT TO R.C. 2945.71 ET SEQ. (LMM) VOLUME # 862 PAGE # 1882 |
| 06/04/2001 | FILING | DEMAND FOR DISCOVERY FILED BY DEFENDANT |
| 06/04/2001 | FILING | NOTICE OF APPEARANCE FILED BY ATTY IAN N. FRIEDMAN. |
| 06/04/2001 | FILING | REQUEST FOR EVIDENCE NOTICE FILED BY DEFENDANT |
| 06/04/2001 | MOTION | MOTION FOR BILL OF PARTICULARS FILED BY DEFENDANT |
| 07/02/2001 | CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 8/3/01 AT 9:00 AM.(LMM)VOL 865,PAGE 136 |
| 08/07/2001 | CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 9/14/01 AT 9:30 AM (LMM)VOL 867,PAGE 960 |
| 08/17/2001 | MOTION | MOTION FILED BY DEFENDANT TO REQUIRE THE STATE TO REVEAL ANY AGREEMENT ENTERED INTO BETWEEN THE STATE AND ANY |

| Date | Entry |
|---|---|
| | PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE HIS TESTIMONY. ( ORAL HEARING REQUESTED ) |
| 08/24/2001 (LMM) | DEFT'S MOTION TO REQUIRE THE STATE TO REVEAL ANY AGREEMENT ENTERED INTO BETWEEN THE STATE AND ANY PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE HIS TESTIMONY IS SCHEDULED FOR HEARING ON 9/7/01 AT 8:30AM. PRETRIAL SCHEDULED ON 9/14/01 IS RESCHEDULED TO 9/7/01 AT 9:30AM. VOLUME # 868 PAGE # 1524 |
| 09/10/2001 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 10/19/01 AT 9:30 AM(LMM)VOL 869,PAGE 939 |
| 09/10/2001 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. DEFENSE MOTION GRANTED.STATE PROVIDED DISCLOSURE OF ANY AGREEMENT WITH CONFIDENTIAL INFORMANT.(LMM)VOL 869,PAGE 938 |
| 09/25/2001 FILING | NOTICE OF INTENT TO SUBMIT LAB REPORT FILED BY STATE |
| 10/10/2001 FILING | NOTICE OF WITHDRAWAL FILED BY ATTY FRIEDMAN |
| 10/15/2001 (LMM) | DEF COUNSEL'S NOTICE OF WITHDRAWAL IS SCHEDULED FOR HEARING ON 10/19/01 AT 8:30 AM. VOLUME # 871 PAGE # 2400 |
| 10/22/2001 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 12/7/01 AT 9:30 AM. MOTION TO WITHDRAW AS COUNSEL WITHDRAWS. (LMM) VOLUME # 872 PAGE # 1140 |
| 11/27/2001 MOTION | MOTION FILED BY DEFENSE ATTY IAN N. FRIEDMAN TO WITHRAW AS COUNSEL |
| 12/13/2001 (LMM) | ATTY IAN FRIEDMAN'S MOTION TO WITHDRAW IS GRANTED. VOLUME # 875 PAGE # 2139 |
| 12/14/2001 CAPIAS | CASE CALLED FOR: PRETRIAL; HEARING; DEFENDANT HAVING FAILED TO APPEAR, A CAPIAS SHALL ISSUE AND THE DEFENDANT SHALL BE HELD IN THE LORAIN COUNTY CORRECTIONAL FACILITY WITHOUT BOND PENDING FURTHER HEARING. BAIL IS HEREBY DECLARED TO BE FORFEITED AND REVOKED. THE CLERK, VIA ORDINARY MAIL, SHALL NOTIFY THE DEFENDANT (AT THE ADDRESS ON THE RECORD OF THIS CASE) AND EACH SURETY (AT THE ADDRESS SHOWN BY THEM IN THEIR AFFIDAVITS OF QUALIFICATION OR ON THE RECORD OF THIS CASE) OF THIS ADJUDICATION OF FORFEITURE BY MAILING A COPY OF THIS JOURNAL ENTRY TO EACH OF THEM. DEFENDANT AND EACH SURETY SHALL APPEAR AT THE LORAIN COUNTY COURTHOUSE, 308 2ND ST., ELYRIA, OH ON: JANUARY 3, 2002 AT 1:00 P.M. IN COURTROOM NO. 2, (WHICH DATE IS NOT LESS THAN 20 NOR MORE THAN 30 DAYS FROM THE DATE OF THE MAILING OF SAID NOTICE), TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED AGAINST THEM. IF GOOD CAUSE BY THE PRODUCTION OF THE BODY OF THE DEFENDANT OR OTHERWISE IS NOT SHOWN, EXECUTION OF JUDGMENT MAY BE AWARDED AT THAT TIME AGAINST ANY SURETY AND/OR THE DEFENDANT. NO FURTHER NOTICE SHALL BE GIVEN. (LMM) VOLUME 875 PAGE 2552 CC: DEFT. AND A-1 BAIL BONDING |
| 12/17/2001 CAPIAS | CAPIAS ISSUED TO LORAIN COUNTY SHERIFF. |
| 12/17/2001 NOTICE | NOTICE OF BOND FORFEITURE MAILED TO A-1 BAIL BONDING. |
| 12/18/2001 (LMM) | BASED UPON THE ATTACHED BOND STATUS REPORT, THE CAPIAS ORDERED ISSUED ON DECEMBER 12, 2001 REMAINS IN EFFECT. VOLUME 876 PAGE 485 |
| 12/21/2001 NOTE | CERTIFIED COPY OF ENTRY DATED 12/14/01 THAT WAS MAILED TO BRIAN LUMBUS JR RETURNED IN MAIL, 104 PORTIA COURT, ELYRIA, OHIO INCORRECT ADDRESS. |
| 01/04/2002 REPORTER | COURT REPORTER CERTIFICATION FILED ( 01-03-02 ) |
| 01/08/2002 (LMM) | BOND FORFEITURE HEARING HELD. DEFENDANT FAILED TO APPEAR. CAPIAS REMAINS IN EFFECT. BOND IS FORFEITED TO THE STATE. VOLUME 877 PAGE 998 |
| 03/28/2002 (LMM) | DEF SHALL REMAIN IN THE LORAIN COUNTY CORRECTIONAL FACILITY WITHOUT BOND PENDING BOND HEARING SCHEDULED ON 3/29/02 AT 8:30 AM. (1 CC TO SHERIFF) VOLUME # 882 PAGE # 1803 |
| 03/28/2002 RETURN | SHERIFF'S RETURN - I ARRESTED DEFENDANT ON MARCH 27, 2002. PHIL R. STAMMITTI, SHERIFF |
| 03/29/2002 REPORTER | COURT REPORTER CERTIFICATION FILED |

| Date | Entry |
|---|---|
| 03/29/2002 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 4/19/02 AT 9:30 AM. BOND SET AT $100,000.00 CASH/SURETY. NO ELIGIBILITY FOR EARLY RELEASE. ATTY JANIK IS APPT'D. (LMM) VOLUME # 882 PAGE # 2007 |
| 04/19/2002 FILING | ENTRY OF APPEARANCE FILED BY ATTY JAYE M. SCHLACHET AND JEROME EMOFF FOR ABOVE CAPTIONED CASE. |
| 04/22/2002 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 5/24/02 AT 9:30 AM. (KJG FOR LMM) VOLUME # 884 PAGE # 1097 |
| 04/25/2002 FILING | LETTER ADDRESSED TO JUDGE MCGOUGH FROM DEFT LUMBUS, JR RECEIVED AND FILED. |
| 04/26/2002 (LMM) | THIS CASE IS REFERRED TO COURT SUPERVISED RELEASE FOR REVIEW AND RECOMMENDATION. VOL 884 PAGE 2153 |
| 05/07/2002 (LMM) | BASED UPON THE ATTACHED CSR INVESTIGATION RECOMMENDATION, DEF'S BOND IS AMENDED TO $100,000 PERSONAL SUBJECT TO ALL TERMS AND CONDITIONS SET FORTH BY CSR. DEF IS TO REPORT TO CSR WITHIN 24 HOURS OF RELEASE FROM THE LORAIN COUNTY CORRECTIONAL FACILITY. VOLUME # 885 PAGE # 1070 |
| 05/07/2002 BOND | BOND POSTED: $100,000 PERSONAL BOND POSTED BY DEFT |
| 05/07/2002 WRIT | WARRANT TO DISCHARGE ISSUED TO LORAIN COUNTY SHERIFF |
| 05/28/2002 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 7/5/02 AT 9:30 AM. DEF COUNSEL WAITING FOR TAPES-STATE TO PROVIDE. (LMM) VOLUME # 886 PAGE # 1947 |
| 07/09/2002 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 8/16/02 AT 9:30AM. DEFT MAY HAVE A NEW CHARGE PENDING. VOLUME # 889 PAGE # 1011 |
| 08/19/2002 CONTINUED | DEFENDANT WAIVES STATUTORY TIME LIMITS FOR SPEEDY TRIAL. AT DEFENDANT'S REQUEST THE PRE-TRIAL IS CONTINUED TO 10/11/02 AT 9:30 AM. DEF HAS A NEW CASE PENDING IN GRAND JURY. (JUDGE JUDITH CROSS FOR LMM) VOLUME # 892 PAGE # 164 |
| 10/11/2002 PRETRIAL | PRETRIAL HAD. FINAL PRETRIAL SET FOR: 11/21/02 AT 1:00 PM. AND JURY TRIAL SET FOR: 12/9/02 AT 8:00 AM. DEFENDANT WAIVES STATUTORY TIME FOR SPEEDY TRIAL PURSUANT TO RC 2945.71 ET SEQ. (LMM) VOLUME # 895 PAGE # 2232 |
| 11/22/2002 PLEA | DEFENDANT IN COURT WITH COUNSEL, WITHDRAWS FORMER PLEA OF NOT GUILTY AND ENTERS PLEA OF GUILTY TO INDICTMENT WHICH PLEA IS ACCEPTED. SENTENCING SET FOR 1/10/03 AT 8:30 AM. (LMM) VOL. 898 PAGE 939 |
| 11/22/2002 PLEA/WAIVE | PLEA OF GUILTY, WAIVER OF RIGHTS FILED. |
| 01/16/2003 SENTENCING | DEFENDANT IN COURT WITH COUNSEL FOR SENTENCING. DEFENDANT SENTENCED TO THE FOLLOWING CHARGES: TRAFFICKING IN COCAINE, 2925.03(A), F-4; TRAFFICKING IN COCAINE, 2925.03(A), F-4; TRAFFICKING IN COCAINE, 2925.03(A), F-4; AND SENTENCED TO A TERM OF CONFINEMENT OF: COUNT 1: 10 MONTHS IN LCI COUNT 2: 10 MONTHS IN LCI COUNT 3: 10 MONTHS IN LCI ALL COUNTS CONCURRENT. CREDIT FOR DAYS ALREADY SERVED IS GRANTED. THE DEFT IS ORDERED TO PAY ALL COSTS OF PROSECUTION AND ANY FEES PERMITTED PURSUANT TO OHIO REV. CODE 2929.18(A)(4). SEE JOURNAL. (LMM) VOL. 902 PAGE 71 |
| 01/22/2003 SENT/CONV | C/C OF INDICTMENT, JOURNAL ENTRY, AND SENTENCE ISSUED TO LORAIN COUNTY SHERIFF ALONG WITH WARRANT TO CONVEY TO: LORAIN CORRECTIONAL INSTITUTION. |
| 01/22/2003 WRIT | FI FA ISSUED TO LORAIN COUNTY SHERIFF. |
| 01/22/2003 FI FA | FI FA RETURNED - NOTHING FOUND, NOT SATISFIED. PHIL R. STAMMITTI, SHERIFF |
| 01/27/2003 RETURN | SHERIFF'S RETURN - I CONVEYED THE DEFENDANT TO PLACE DESIGNAGTED ON JANUARY 24, 2003 PHIL R. STAMMITTI, SHFF |
| 02/18/2003 REPORT | OHIO DEPARTMENT OF REHABILITATION & CORRECTION NOTICE OF COMMITMENT & CALCULATION OF SENTENCE RECEIVED & FILED. |
| 03/28/2003 MOTION | MOTION FOR JUDICIAL RELEASE FILED BY DEFT, PRO SE. |

| 04/04/2003 (LMM) | STATE SHALL RESPOND TO DEF'S PRO SE MOTION FOR JUDICIAL RELEASE ON OR BEFORE 4/18/03. VOLUME # 904 PAGE # 905 |
| 05/20/2003 (LMM) | DEF'S PRO SE MOTION FOR JUDICIAL RELEASE IS DENIED. VOLUME # 910 PAGE # 784 |

**Print Docket**     **Close**

skip to main content

Print

# CASE INFORMATION

## CR-05-462381-A  THE STATE OF OHIO vs. BRIAN LUMBUS,JR

### Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 08/06/2008 | 08/06/2008 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 471.5 PAID AMOUNT 145 AMOUNT DUE 326.5 | |
| 08/06/2008 | 08/06/2008 | D1 | DR | PROBATION VIOLATION COURT COST | |
| 08/04/2008 | 08/06/2008 | N/A | JE | DEFENDANT, BRIAN LUMBUS,JR, IN OPEN COURT REPRESENTED BY COUNSEL FOR HEARING ON ALLEGED VIOLATION OF COMMUNITY CONTROL SANCTIONS. HEARING HAD. COURT FINDS DEFENDANT, BRIAN LUMBUS,JR, TO BE IN VIOLATION OF COMMUNITY CONTROL SANCTIONS. DEFENDANT'S COMMUNITY CONTROL SANCTION(S) IN THIS CASE ARE TERMINATED. AS DEFENDANT IS SENTENCED IN CR-501897 AND CR-507563. 08/04/2008 CP1TT 08/04/2008 15:02:53 | |
| 02/20/2008 | 02/21/2008 | N/A | JE | PROBATION EXTENDED TO 4/24/09 WITH DEFENDANTS CONSENT. 02/20/2008 CPJAC 02/20/2008 13:33:49 | |
| 09/12/2007 | 09/12/2007 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $100.00 | |
| 04/26/2007 | 04/26/2007 | N/A | CS | COURT REPORTER FEE | |
| 04/24/2007 | 04/24/2007 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 422 PAID AMOUNT 45 AMOUNT DUE 377 | |
| 04/24/2007 | 04/24/2007 | D1 | DR | SHOCK PROBATION | |
| 04/24/2007 | 04/24/2007 | N/A | JE | ON 04/24/2007 A HEARING WAS HELD PURSUANT TO R. C. 2929.20 UPON DEFENDANT'S REQUEST FOR JUDICIAL RELEASE. DEFENSE COUNSEL BRAD GREENE, THE PROSECUTOR, THE COURT REPORTER KELLIE ROPER AND DEFENDANT WERE PRESENT. AFTER DUE CONSIDERATION OF THE RECORD, THE WARDEN'S REPORT UNDER TO R. C. 2929.20 (E) AND ANY ORAL OR WRITTEN STATEMENTS PREPARED, AND THE STATEMENTS OF THE VICTIM OR THE VICTIM'S REPRESENTATIVE (IF ANY), THE COURT FINDS THAT DEFENDANT IS ELIGIBLE FOR JUDICIAL RELEASE AND HAS SERVED ANY MANDATORY PRISON TIME. THE COURT FURTHER GRANTS THE MOTION, REDUCES THE DEFENDANT'S STATED PRISON TERM THROUGH A JUDICIAL RELEASE, AND PLACES THE DEFENDANT ON 1 YEAR OF COMMUNITY CONTROL SANCTIONS UNDER THE SUPERVISION OF THE PROBATION DEPARTMENT. CONDITIONS TO INCLUDE: DEFENDANT TO ABIDE BY THE RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND DEFENDANT TO BE SUPERVISED BY BASIC SUPERVISION; 90 DAYS TO MAINTAIN EMPLOYMENT; SUMBIT TO RANDOM URINALYSIS.. THE COURT EXPRESSLY RESERVES THE RIGHT TO RE-IMPOSE THE PRISON SENTENCE HEREIN REDUCED UPON VIOLATION OF THE ABOVE CONDITION(S) OF THE COMMUNITY CONTROLLED SANCTIONS HEREIN SET FORTH. DEFENDANT TO PAY COSTS. DEFENDANT ORDERED RELEASED. 04/24/2007 CPCAL 04/24/2007 12:16:37 | |
| 03/21/2007 | 03/26/2007 | N/A | JE | DEFENDANT ORDERED RETURNED TO CUYAHOGA COUNTY FOR A HEARING ON A MOTION FOR SHOCK PROBATION ON OR BEFORE 4-23-07. JUDICIAL RELEASE HEARING SET FOR 04/23/2007. WARDEN TO FAX DEFENDANT'S RECORD AT INSTITUTION TO (216) 348-4034. 03/21/2007 CPSAM 03/21/2007 11:22:46 | |
| 03/06/2007 | 03/06/2007 | P | MO | BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDICIAL RELEASE, FILED. | |
| 02/02/2007 | 02/02/2007 | D1 | MO | DEFENDANT'S MOTION FOR JUDICIAL RELEASE, FILED. (O.R.C. 2929.20), ORAL HEARING REQUESTED | |

| | | | | |
|---|---|---|---|---|
| 05/23/2006 05/23/2006 | D1 | DR | BOND JUDGMENT COST REC'D OF THE POINDEXTER GROUP |
| 05/23/2006 05/23/2006 | D1 | SF | PAYMENT RECEIVED OF THE POINDEXTER GROUP |
| 05/23/2006 05/23/2006 | D1 | DR | BOND FORFEITURE JUDGMENT BFJ REC'D OF THE POINDEXTER GROUP |
| 05/23/2006 05/23/2006 | D1 | SF | PAYMENT RECEIVED OF THE POINDEXTER GROUP |
| 03/16/2006 03/22/2006 | N/A | JE | MOTION TO VACATE BOND JUDGMENT IS GRANTED LESS 10% PENALTY AND COSTS. APPROVED PER TIMOTHY J. KOLLIN, ASSISTANT PROSECUTING ATTORNEY. THE PENALTY TO BE DISBURSED BY THE CLERK PURSUANT TO R.C. 2925.03 (F) IN THE FOLLOWING MANNER: 80% TO THE CLEVELAND DIVISION OF POLICE MANDATORY DRUG FINE ACCOUNT AND 20% TO THE CUYAHOGA COUNTY PROSECUTOR'S MANDATORY DRUG FINE ACCOUNT. IT IS SO ORDERED. 03/16/2006 CPEDB 03/16/2006 11:22:25 |
| 03/03/2006 03/03/2006 | T | MO | MOTION TO VACATE BOND JUDGMENT, FILED. NATASHA WATTS, BAIL BOND FOR SURETY COMPANY, FINANCIAL CASUALTY & SURETY ATTORNEY, TIMOTHY J KUCHARSKI |
| 02/09/2006 02/09/2006 | D1 | CL | DEFENDANT DELIVERED TO LORCI ON 02/09/2006. |
| 02/07/2006 02/07/2006 | D1 | DR | COURT REPORTER FEE |
| 02/07/2006 02/07/2006 | D1 | DR | SHERIFF FEES |
| 02/07/2006 02/07/2006 | N/A | CS | RC 2743.70 REPARATION FEE |
| 02/03/2006 02/03/2006 | N/A | CS | COURT REPORTER FEE |
| 02/02/2006 02/07/2006 | N/A | JE | DEFENDANT IN COURT WITH ATTORNEY BRADLEY L GREENE. COURT REPORTER PRESENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO DRUG POSSESSION / 2925.11 - F3 AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. DEFENDANT ADDRESSES THE COURT. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 2 YEAR(S). SENTENCE TO RUN CONCURRENTLY WITH CR 463877. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR THE MAXIMUM TIME ALLOWED FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. JAIL CREDIT DAYS TO DATE TO BE CALCULATED BY THE SHERIFF. DRIVER'S LICENSE SUSPENSION UNTIL 08/02/2006. DEFENDANT IS TO PAY COURT COSTS. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS,JR, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 02/02/2006 CPBXM 02/02/2006 15:50:05 |
| 02/02/2006 02/02/2006 | T | MO | MOTION TO SURRENDER AND RELIEF OF LIABILITY, FILED BY TIMOTHY J. KUCHARSKI ATTORNEY FINANCIAL CASUALTY & SURETY. |
| 02/01/2006 02/03/2006 | N/A | JE | SURETY'S MOTION FOR EXTENSION TO PAY BOND JUDGMENT TILL 3/1/06 IS GRANTED. 02/01/2006 CPSXS 02/01/2006 09:25:17 |
| 01/24/2006 01/25/2006 | N/A | CS | DEFENDANT IN CUSTODY. |
| 01/13/2006 01/13/2006 | T | MO | MOTION FOR 90 DAY EXTENSION TO PAY BOND JUDGMENT, FILED. TIMOTHY J. KUCHARSKI ATTORNEY NATASHA WATTS AGENT. |
| 08/29/2005 09/01/2005 | N/A | JE | THE SURETY, FINANCIAL CAS AND SURETY CO BY WATTS/NATASHA, ATTORNEY-IN-FACT, ON THE 07/26/2005, HAVING BEEN NOTIFIED TO PRODUCE THE BODY OF DEFENDANT BRIAN LUMBUS,JR BY 08/25/2005 AND FAILING TO DO SO, THE COURT, UPON FULL CONSIDERATION OF ALL THE CIRCUMSTANCES OF THE CASE, HEREBY ENTERS JUDGMENT AGAINST THE SAID FINANCIAL CAS AND SURETY CO BY WATTS/NATASHA, ATTORNEY-IN-FACT ON SAID RECOGNIZANCE 465249 TO THE AMOUNT OF $2500, IN FAVOR OF THE STATE OF OHIO, AND EXECUTION IS HEREBY AWARDED. IT IS FURTHER ORDERED BY THE COURT, THAT IF THE AFORESAID JUDGMENT IS NOT SATISFIED WITHIN SIXTY (60) DAYS THE CLERK OF COURTS IS INSTRUCTED TO ACCEPT NO FURTHER RECOGNIZANCES FROM THE SAID SURETY. |
| 08/04/2005 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126297, IN THE AMOUNT OF $8.50. |
| 08/04/2005 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126296, IN THE AMOUNT OF $8.50. |
| 08/04/2005 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126295, IN THE AMOUNT OF $8.50. |
| 08/04/2005 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126286, IN THE AMOUNT OF $8.50. |

| | | | | |
|---|---|---|---|---|
| 08/04/2005 | 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126279, IN THE AMOUNT OF $8.50. |
| 08/04/2005 | 08/04/2005 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 126277, IN THE AMOUNT OF $8.50. |
| 07/26/2005 | 07/26/2005 | N/A | CL | CAPIAS PRINTED AND SENT TO SHERIFF |
| 07/26/2005 | 07/26/2005 | N/A | BN | BOND FORFEITURE NOTICE MAILED TO SURETY, BOND 465249 |
| 07/25/2005 | 07/26/2005 | N/A | JE | ON THE 25TH DAY OF JULY, 2005, THE DEFENDANT, BRIAN LUMBUS,JR, FAILING TO APPEAR IN COURT AS HE/SHE WAS BOUND TO DO BY THE CONDITIONS OF HIS/HER RECOGNIZANCE, THE COURT ORDERS THAT THE SAID RECOGNIZANCE, TAKEN HERETOFORE IN THIS CAUSE BE, AND THE SAME IS, FORFEITED ABSOLUTELY. IT IS FURTHER ORDERED THAT THE CLERK SHALL FORTHWITH GIVE AS PROVIDED BY LAW, THE SURETY OF RECORD, OR THE DEFENDANT IF THE DEFENDANT WAS RELEASED ON PERSONAL BOND, NOTICE TO APPEAR IN THIS COURT ON OR BEFORE THE 24TH DAY OF AUGUST, 2005. IF THERE IS A SURETY, SUCH SURETY SHALL PRODUCE THE BODY OF SAID DEFENDANT, OR SHOW WHY JUDGMENT SHALL NOT BE ENTERED AGAINST HIM/HER FOR THE AMOUNT OF THE RECOGNIZANCE GIVEN IN THIS CAUSE. IF THE DEFENDANT WAS RELEASED ON A PERSONAL BOND, THE DEFENDANT SHALL SHOW WHY JUDGMENT SHALL NOT BE ENTERED AGAINST HIM/HER FOR THE AMOUNT OF THE RECOGNIZANCE GIVEN IN THIS CAUSE. IT IS FURTHER ORDERED THAT A CAPIAS BE ISSUED FOR THE SAID DEFENDANT. THE COURT ORDERS A BOND FORFEITURE AND CAPIAS TO ISSUE FOR THE DEFENDANT. DEFENDANT FAILED TO APPEAR. 07/25/2005 CPSXS 07/25/2005 11:54:12 |
| 07/21/2005 | 07/25/2005 | N/A | JE | ORDER OF FORFEITURE SIGNED, ATTACHED AND ORDERED FILED. ORDER SEE JOURNAL. 07/21/2005 CPDXM 07/22/2005 15:16:50 |
| 07/20/2005 | 07/22/2005 | N/A | JE | DEFENDANT IN COURT WITH COUNSEL BRADLEY L GREENE. PROSECUTING ATTORNEY ROCCO DIPIERRO PRESENT. COURT REPORTER PRESENT. DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO DRUG POSSESSION / 2925.11 - F3 AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. DEFENDANT TO FORFEIT CONTRABAND COUNT(S) 2, 3 IS/ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. SENTENCING SET FOR 07/25/2005 AT 11:00 AM. 07/20/2005 CPBXM 07/20/2005 14:26:53 |
| 07/20/2005 | 07/20/2005 | N/A | CS | CALLING WITNESS |
| 07/20/2005 | 07/20/2005 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 126277 |
| 07/20/2005 | 07/20/2005 | N/A | CS | CALLING WITNESS |
| 07/20/2005 | 07/20/2005 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 126279 |
| 07/20/2005 | 07/20/2005 | N/A | CS | CALLING WITNESS |
| 07/20/2005 | 07/20/2005 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 126295 |
| 07/18/2005 | 07/18/2005 | D1 | MO | MOTION TO COMPEL DISCOVERY, FILED. |
| 07/18/2005 | 07/18/2005 | D | MO | MOTION TO CONTINUE TRIAL(S), FILED. |
| 07/18/2005 | 07/18/2005 | P | MO | STATE'S BILL OF PARTICULARS, FILED. |
| 07/18/2005 | 07/18/2005 | P | MO | STATE'S RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 07/18/2005 | 07/18/2005 | P | MO | DEMAND FOR DISCOVERY BY THE STATE OF OHIO, FILED. |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/18/2005 | 07/18/2005 | N/A | SB | SUBPOENA CLERK'S FEE |
| 07/15/2005 | 07/15/2005 | D | MO | DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (ORAL HEARING REQUESTED), FILED. |
| 06/10/2005 | 06/23/2005 | N/A | JE | PRETRIAL HELD 06/10/2005. TRIAL SET FOR 07/20/2005 AT 09:00 AM. 06/10/2005 CPSXS 06/10/2005 10:06:32 |
| 06/01/2005 | 06/01/2005 | D1 | MO | AFFIDAVIT, FILED. PRO SE |
| 06/01/2005 | 06/01/2005 | D1 | MO | MOTION FOR ORDER OF POSSESSION OF SPECIFIC PERSONAL PROPERTY (REPLEVIN), FILED. |

| 05/31/2005 | 06/02/2005 | N/A | JE | PRETRIAL HELD 05/31/2005. PRETRIAL CONTINUED TO 06/10/2005 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 05/31/2005 CPSXS 05/31/2005 09:47:29 |
|---|---|---|---|---|
| 05/09/2005 | 05/12/2005 | N/A | JE | PRETRIAL HELD 05/09/2005. PRETRIAL CONTINUED TO 05/31/2005 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 05/09/2005 CPSXS 05/09/2005 10:45:09 |
| 04/20/2005 | 04/21/2005 | N/A | JE | PRETRIAL HELD 04/20/2005. PRETRIAL CONTINUED TO 05/09/2005 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 04/20/2005 CPSXS 04/20/2005 12:11:45 |
| 04/19/2005 | 04/19/2005 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 6242592 RETURNED BY U.S. MAIL DEPARTMENT 02/25/2005 LUMBUS JR/BRIAN/ MAIL RECEIVED BY ADDRESSEE 02/22/2005. |
| 04/07/2005 | 04/13/2005 | N/A | JE | PRETRIAL HELD 04/07/2005. PRETRIAL CONTINUED TO 04/20/2005 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 04/07/2005 CPSXS 04/07/2005 13:38:54 |
| 03/16/2005 | 03/18/2005 | N/A | JE | PRETRIAL HELD 03/16/2005. PRETRIAL CONTINUED TO 04/07/2005 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 03/16/2005 CPSXS 03/16/2005 11:49:06 |
| 03/03/2005 | 03/03/2005 | D1 | MO | MOTION FOR BILL OF PARTICULARS, FILED. |
| 03/03/2005 | 03/03/2005 | D1 | MO | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE, FILED. |
| 03/03/2005 | 03/03/2005 | D1 | MO | MOTION FOR DISCOVERY BY THE DEFENSE, FILED. |
| 03/03/2005 | 03/03/2005 | D1 | SF | PAYMENT RECEIVED OF LUMBUS JR/BRIAN/ |
| 03/03/2005 | 03/03/2005 | D1 | DR | RC 2743.70 REPARATION FEE $45.00 |
| 03/03/2005 | 03/03/2005 | N/A | BN | $2500 SURETY BOND POSTED ON 03/03/2005 BY WATTS/NATASHA / FINANCIAL CAS AND SURETY CO. BOND NO. 465249 |
| 03/03/2005 | 03/03/2005 | N/A | CS | PRISONER IN COURT |
| 03/03/2005 | 03/03/2005 | N/A | JE | DEFENDANT PRESENT WITH COUNSEL. DEFENDANT RETAINED BRADLEY L GREENE AS COUNSEL. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PLEAD NOT GUILTY TO INDICTMENT. BOND SET AT 2,500.00 DOLLARS. BOND TYPE: CASH/SURETY/PROP.. . JUDGE CAROLYN B FRIEDLAND (098) ASSIGNED (MANUALLY). |
| 02/18/2005 | 02/18/2005 | N/A | SR | SUMMONS - CRIMINAL(6242592) SENT BY CERTIFIED MAIL. TO: LUMBUS JR/BRIAN/ 3611 EAST 72ND ST CLEVELAND, OH 441050000 |
| 02/16/2005 | 02/17/2005 | N/A | CR | INDICTED ORIGINAL |
| 02/16/2005 | 02/17/2005 | N/A | GP | ARRAIGNMENT SCHEDULED FOR 03/03/2005. |
| 02/16/2005 | 02/16/2005 | N/A | CS | 02/16/2005 |
| 02/16/2005 | 02/17/2005 | N/A | CR | INDICTED ON 02/16/2005 |
| 02/16/2005 | 02/17/2005 | N/A | SF | LEGAL RESEARCH |
| 02/16/2005 | 02/17/2005 | N/A | SF | CRIME STOPPERS |
| 02/16/2005 | 02/17/2005 | N/A | SF | COMPUTER FEE |
| 02/16/2005 | 02/17/2005 | N/A | SF | CLERK FEE |
| 06/24/2004 | 01/10/2005 | N/A | CR | ARRESTED 06/24/2004 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.
Copyright © 2024 PROWARE. All Rights Reserved. 1.1.280

Print

# CASE INFORMATION

## CR-11-556112-A  THE STATE OF OHIO vs. BRIAN LUMBUS

### Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| | 12/07/2017 | N/A | OT | IF APPLICABLE, AND PURSUANT TO APP. R. 25 AND 26, LOC. APP. R. 26, AND S. CT. PRAC. R 7.01(A)(5) & (6), FOLLOWING ENTRY OF JUDGMENT, THIS CASE WILL REMAIN WITH THE COURT OF APPEALS UNTIL 01/21/2018. IF NO OTHER FILING HAS TOLLED THE TIME FOR APPEAL TO THE OHIO SUPREME COURT, THE CASE WILL THEN BE RETURNED TO THE DOCKET OF THE ORIGINATING COURT BY THE ADMINISTRATIVE JUDGE. NO SUBSTANTIVE ACTION WILL BE TAKEN IN THIS MATTER UNTIL THE TIME FOR FILING ANY POST-JUDGMENT MOTION OR APPEAL HAS EXPIRED AND THE CASE HAS BEEN REINSTATED BY THE ADMINISTRATIVE JUDGE. | |
| 08/16/2023 | 08/16/2023 | N/A | NT | NOTICE OF CALCULATION OF SENTENCE, FILED | 📄 |
| 07/13/2020 | 07/13/2020 | N/A | JE | DEFENDANT'S MOTION FOR JUDICIAL RELEASE IS DENIED. 07/13/2020 CPBFH 07/13/2020 12:54:03 | 📄 |
| 06/29/2020 | 06/29/2020 | D1 | SR | ORDERED JE NOTICE(42030176) SENT BY REGULAR MAIL SERVICE. TO: BRIAN LUMBUS JR A642859 GRAFTON CRRECTIONAL INST 2500 SOUTH AVON BELDEN RD GRAFTON, OH 44044-0000 | |
| 06/26/2020 | 06/28/2020 | N/A | JE | DEFENDANT'S APPLICATION/MOTION FOR JUDICIAL RELEASE REVIEWED BY REEC. DEFENDANT FOUND INELIGIBLE FOR REEC DUE TO NUMBER OF PRIOR PRISON TERMS. INELIGIBILITY/DENIAL OF REEC PARTICIPATION IS NOT A DENIAL OF GENERAL JUDICIAL RELEASE, NOR DOES IT CONSTITUTE A RULING ON ANY PENDING MOTION FOR JUDICIAL RELEASE. IN THE EVENT THERE IS A PENDING MOTION FOR JUDICIAL RELEASE, THE SENTENCING JUDGE WILL RULE ON THAT MOTION. DEFENDANT NOTIFIED BY MAIL. CLERK ORDERED TO SEND A COPY OF THIS ORDER TO: DEFENDANT BRIAN LUMBUS A642859 GRAFTON CORRECTIONAL INSTITUTION 2500 SOUTH AVON BELDEN ROAD GRAFTON, OHIO 44044. THIS ENTRY TAKEN BY JUDGE NANCY MARGARET RUSSO. 06/26/2020 CPBNH 06/26/2020 16:38:50 | 📄 |
| 05/07/2020 | 05/07/2020 | P1 | BR | BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDICIAL RELEASE, FILED. | |
| 04/16/2020 | 04/16/2020 | D1 | MO | MOTION FOR JUDICIAL RELEASE, FILED. MOTION FOR JUDICIAL RELEASE | 📄 |
| 12/07/2017 | 12/07/2017 | N/A | JE | Affirmed. >Eileen A. Gallagher, P.J., Eileen T. Gallagher, J., and Mary J. Boyle, J., concur. Notice issued. | 📄 |
| 03/06/2017 | 03/06/2017 | N/A | CL | RECORD ON APPEAL, PAGINATION SHEET AND CRIMINAL FILE SENT TO THE COURT OF APPEALS. 105524 | |
| 03/02/2017 | 03/02/2017 | D1 | NT | NOTICE OF APPEAL FILED PRO SE. THE COURT OF APPEALS CASE NUMBER ASSIGNED IS 105524 | |
| 02/06/2017 | 02/07/2017 | N/A | JE | DEFENDANT AGAIN CHALLENGES IN HIS MOTION THE JAIL TIME CREDIT APPLIED TO THIS CASE. FOR THE REASONS STATED IN THIS JOURNAL ENTRY, DEFENDANT'S MOTION IS DENIED. DEFENDANT PLED GUILTY TO 19 COUNTS. IN COUNT 1, THIS COURT SENTENCED HIM TO 10 YEARS IN PRISON AND CREDITED HIM WITH 751 DAYS OF JAIL TIME CREDIT. HE DOES NOT DISPUTE COUNT 1 REGARDING JAIL TIME CREDIT. RATHER, DEFENDANT CHALLENGES THE JAIL TIME CREDIT REGARDING THE REMAINING 18 COUNTS. THE COURT SENTENCED THE DEFENDANT IN 12 OF THESE COUNTS TO 9 MONTHS IN PRISON FOR EACH COUNT. THE COURT SENTENCED THE DEFENDANT TO 6 MONTHS IN PRISON FOR EACH OF THE REMAINING 6 COUNTS. DEFENDANT SEEKS TO APPLY THE 751 DAYS OF JAIL TIME CREDIT TO EACH ONE OF THESE REMAINING 18 COUNTS. GIVEN | 📄 |

THE PRISON TIME FOR EACH ONE OF THESE COUNTS, 6 MONTHS OR 9 MONTHS, IT IS CLEAR THAT IF 751 DAYS OF JAIL TIME CREDIT WERE APPLIED THEN IT WOULD CREATE AN EXCESS NUMBER OF DAYS OF JAIL TIME CREDITS FOR THESE COUNTS. DEFENDANT HAS, IN FACT, ATTACHED A CHART THAT INDICATES THAT FOR EACH 9 AND 6 MONTH SENTENCE. THERE IS 481 LEFTOVER JAIL TIME CREDIT DAYS FOR EACH OF THE 9 MONTH SENTENCES, AND 571 DAYS FOR EACH OF THE 6 MONTH SENTENCES, DEFENDANT CHARACTERIZES EACH ONE OF THESE AS THE "DIFFERENCE OF OVERSERVED SENTENCE." DEFENDANT REQUESTS THIS COURT APPLIED EACH OF THE "OVERSERVED SENTENCE" DAYS TO COUNT 1, HIS 10 YEAR PRISON SENTENCE. THE DEFENDANT CITES NO LAW IN SUPPORT OF HIS ARGUMENT, AND THE COURT IS NOT AWARE OF ANY LAW THAT ALLOWS UNUSED JAIL TIME CREDIT FOR ONE COUNT TO APPLY TO ANOTHER COUNT. IF THAT WERE THE CASE, BASED ON DEFENDANT'S CALCULATIONS, HE WOULD HAVE SERVED HIS 10 YEAR SENTENCE, AS HIS CHART DEMONSTRATES. FINALLY, DEFENDANT MAY BE TECHNICALLY CORRECT THAT JAIL TIME CREDIT, SUCH AS THE 751 DAYS IN HIS CASE, SHOULD APPLY TO ALL OF THE LESSER COUNTS. HOWEVER, LESSER SENTENCES, WHEN A DEFENDANT IS IMPRISONED FOR A LONGER TIME ON ANOTHER COUNT, WILL ALWAYS EXPIRE ON THEIR OWN TERMS, EVEN IF JAIL TIME CREDIT IS NOT APPLIED TO THESE LESSER COUNTS. IN THE 18 COUNTS OTHER THAN COUNT 1 THAT DEFENDANT IS SERVING IN THIS CASE, ALL PRISON TIME HAS BEEN SERVED WHETHER JAIL TIME CREDIT HAS BEEN APPLIED ON NOT. NEVERTHELESS, DEFENDANT REMAINS CONFINED FOR A 10 YEAR PERIOD ON COUNT 1, LESS JAIL TIME CREDIT OF 751 DAYS. ACCORDINGLY, IT IS NOT MEANINGFUL TO APPLY JAIL TIME CREDIT TO LESSER SENTENCES IN SUCH SITUATIONS. WHILE DEFENDANT HAS SUBMITTED A WELL-DRAFTED MOTION, THERE IS NO LEGAL SUPPORT FOR HIS POSITION. DEFENDANT'S MOTION FOR JAIL TIME CREDIT IS DENIED. CLERK ORDERED TO SEND A COPY OF THIS ORDER TO: DEFENDANT, BRIAN LUMBUS; LAKE ERIE CORRECTIONAL INSTITUTION, 501 THOMPSON ROAD, CONNEAUT, OHIO 44030 OHIO DEPT. OF REHABILITATION AND CORRECTIONS; 770 WEST BROAD STREET COLUMBUS, OH 43222-0000 ATTY. JOHN B GIBBONS,; 55 PUBLIC SQUARE, SUITE 210, CLEVELAND, OHIO, 44113 02/06/2017 CPMEJ 02/07/2017 09:06:40

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/26/2017 | 01/26/2017 | D1 | MO | MOTION FOR ADDITIONAL JAIL TIME CREDIT, FILED. PRO SE 642859 LAECI 02/06/2017 - DENIED | |  |
| 08/23/2016 | 08/23/2016 | N/A | JE | CASE IS TERMINATED. CASE DISPOSED. AFFIRMED CA# 102273 ON 2-4-16. 08/23/2016 CPEDB 08/23/2016 09:38:59 | |  |
| 02/04/2016 | 02/04/2016 | N/A | JE | Affirmed. >Frank D. Celebrezze, Jr., P.J., Mary Eileen Kilbane, J., and Sean C. Gallagher, J., concur. Notice issued. | |  |
| 12/15/2015 | 12/15/2015 | N/A | SR | JOURNAL ENTRY SENT BY ORDINARY MAIL TO JOHN GIBBONS AND BUREAU OF SENTENCE COMPUTATION | | |
| 12/09/2015 | 12/09/2015 | N/A | JE | ORDER GRANTING THE STATE'S APPLICATION FOR AN ORDER TO TAKE CUSTODY OF SEIZED PROPERTY SIGNED, ATTACHED AND ORDERED FILED. THIS ENTRY TAKEN BY JUDGE STEVEN E GALL. 12/09/2015 CPEDB 12/09/2015 15:22:26 | |  |
| 12/09/2015 | 12/10/2015 | N/A | JE | DEFENDANT'S MOTION FOR RECALCULATION OF JAIL-TIME CREDIT IS DENIED. DEFENDANT IS SERVING A 10 YEAR SENTENCE CONCURRENT TO CR# 556136, WHICH WAS ORDERED 3 YEARS IN PRISON. ON CR# 556136, DEFENDANT WAS IN THE CUYAHOGA COUNTY JAIL FROM: 10/29/2012 THROUGH 7/8/2013, FOR A TOTAL OF 253 DAYS. 7/9/2013 THROUGH 2/6/2014, FOR A TOTAL OF 212 DAYS. ON CR# 556112, DEFENDANT WAS IN THE CUYAHOGA COUNTY JAIL FROM: 2/6/2014 THROUGH 11/19/2014, FOR A TOTAL OF 286 DAYS. BUREAU OF SENTENCE COMPUTATION HAS ALREADY CREDITED THE DEFENDANT WITH A TOTAL OF 751 JAIL-TIME CREDIT DAYS; THIS NUMBER INCLUDES THE 286 DAYS THAT WAS REQUESTED IN THE RECALCULATION AND CORRECTION OF JAIL TIME CREDIT AND CONVEYANCE DAYS. CLERK ORDERED TO SEND A COPY OF THIS ORDER TO: BUREAU OF SENTENCE COMPUTATION; P.O. BOX 2650 COLUMBUS, OH 43216-0000 ATTORNEY JOHN B. GIBBONS; 55 PUBLIC SQUARE SUITE 210 CLEVELAND, OHIO 44113 12/09/2015 CPAXC 12/09/2015 09:44:56 | |  |

| Date | Date | Party | Code | Description |
|---|---|---|---|---|
| '12/04/2015 | 12/04/2015 | P1 | BR | REPLY BRIEF FILED STATE'S RESPONSE TO DEFENDANT'S MOTION FOR JAIL TIME CREDIT |
| 10/30/2015 | 10/30/2015 | D1 | MO | MOTION FILED BY D1 BRIAN LUMBUS JR ATTORNEY JOHN B GIBBONS 0027294 MOTION FOR RECALCULATION AND CORRECTION OF JAIL TIME CREDIT |
| 10/28/2015 | 10/30/2015 | N/A | JE | IT IS HEREBY ORDERED THAT JOHN B GIBBONS, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $100.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. 1507739 10/28/2015 CPMKE 10/28/2015 15:41:13 |
| 10/22/2015 | 10/22/2015 | N/A | JE | NUNC PRO TUNC ENTRY AS OF AND FOR 10/05/2015. THE NUNC PRO TUNC ENTRY IS TO ASSIGN ATTORNEY FOR RESENTENCING. DEFENDANT INDIGENT. THE COURT ASSIGNS JOHN GIBBONS AS DEFENSE COUNSEL. 10/22/2015 CPRXB 10/22/2015 14:07:21 |
| 10/19/2015 | 10/19/2015 | D1 | JE | COURT REPORTER ALLOWED $74.75 RECEIVED FOR FILING. |
| 10/14/2015 | 10/14/2015 | D | RE | ATTORNEY FEE BILL SUBMITTED JOHN B. GIBBONS |
| 10/08/2015 | 10/08/2015 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 4072.8 PAID AMOUNT 85 AMOUNT DUE 3987.8 |
| 10/07/2015 | 10/07/2015 | D1 | CL | SUPPLEMENT TO THE RECORD ON APPEAL, PAGINATION SHEET AND CRIMINAL FILE SENT TO THE COURT OF APPEALS. |
| 10/07/2015 | 10/07/2015 | D1 | CL | DEFENDANT'S TRANSCRIPT OF PROCEEDINGS FILED 1 VOL IN THE FILE. |
| 10/05/2015 | 10/06/2015 | N/A | JE | ** NUNC PRO TUNC FILED ON 10/1/2015, PART 1** THIS ENTRY CORRECTS THE ORIGINAL SENTENCING JOURNAL ENRTY AS DETERMINED BY THE 8TH DISTRICT COURT OF APPEALS IN AN ORDER DATED 8-7-2015 REGARDING DEFENDANT'S APPEAL, CASE # 102273. THE FOLLOWING ITEMS ARE CORRECTED IN THIS ENTRY: 1) DELETED THE SENTENCE IMPOSED FOR COUNT 23 BECAUSE DEFENDANT WAS FOUND NOT GUILTY; 2) DELETED THE SENTENCE FOR COUNT 24 BECAUSE THE COUNT WAS DISMISSED; 3) INCLUDE A SENTENCE IN COUNT 106 - 9 MONTHS IN PRISON CONCURRENT WITH COUNT 1 BECAUSE THAT SENTENCE WAS OMITTED; AND 4) ADD THE REQUIRED STATUTORY LANGUAGE REGARDING CONSECUTIVE SENTENCES BECAUSE THOSE FACTORS WERE DISCUSSED AT SENTENCING AS NOTED IN THE ORIGINAL SENTENCING JOURNAL ENTRY. ALL OTHER ENTRIES REMAIN AS STATED IN THE ORIGINAL SENTENCING JOURNAL ENTRY. ** NUNC PRO TUNC, PART 2 FILED ON 10/6/2015 ** TO SUPPLEMENT THE NUNC PRO TUNC, PART1 FILED ON 10/01/2015 REGARDING A TYPOGRAPHICAL ERROR. FOR THE LINE THAT STATES: COUNTS 27, 28, 29, 32, 33, 34; CHANGE: - DELETE COUNT 33 WHICH WAS DISMISSED AND INSERT COUNT 26, EACH COUNT IS 9 MONTHS IN PRISON, CONSECUTIVE TO EACH OTHER AND EACH COUNT IS CONCURRENT WITH COUNT 1. ** AN ISSUE THAT AROSE DURING THE RE-SENTENCING HEARING** CONCERNING THE CONCURRENT SENTENCE WITH CR 556136, DEFENDANT AND HIS COUNSEL STATED DURING THE RESENTENCING HEARING THERE IS A QUESTION REGARDING DEFENDANT'S JAIL TIME CREDIT BECAUSE THE DEFENDANT MAY NOT HAVE BEEN GIVEN FULL CREDIT BY THE PRISON AUTHORITIES FOR THE CONCURRENT SENTENCES ORDERED BY THIS COURT. THE COURT APPOINTED DEFENDANT'S APPELLATE ATTORNEY, JOHN GIBBONS, TO REPRESENT THE DEFENDANT REGARDING THIS MATTER, THE RESOLUTION OF WHICH WILL BE STATED IN A SEPARATE JOURNAL ENTRY. DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTING ATTORNEY J.D. MAY PRESENT COURT REPORTER ROB LLOYD PRESENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 2 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(2) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF THEFT; AGGRAVATED THEFT 2913.02 A(3) F3 AS CHARGED IN COUNT(S) 4, 5 OF THE INDICTMENT. ON A FORMER DAY OF |

COURT THE JURY RETURNED A VERDICT OF GUILTY OF GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 7, 66 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF NOT GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 23 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 26, 27, 28, 29, 32, 34 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F4 AS CHARGED IN COUNT(S) 54, 56, 57, 58, 59 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C M1 AS CHARGED IN COUNT(S) 55 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF OBSTRUCTING JUSTICE 2921.32 A(4) F3 AS CHARGED IN COUNT(S) 106 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF POSSESSING CRIMINAL TOOLS 2923.24 A F5 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 222 OF THE INDICTMENT. REMAINING COUNTS WERE DISMISSED. COUNT(S) 33 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: ALL ITEMS LISTED IN THE FORFEITURE DOCUMENT ATTACHED TO THE PLEA ENTRY. DEFENDANT ADDRESSES THE COURT, PROSECUTOR JAMES MAY ADDRESSES THE COURT, VICTIM/REP ADDRESSES THE COURT, DEFENSE COUNSEL ADDRESSES THE COURT. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 10 YEAR(S). COUNT 1 - 10 YEARS IN PRISON; COUNTS 2 AND 3 MERGE, STATE ELECTS TO SENTENCE ON COUNT 2 AND COURT DETERMINED THAT COUNT 2 MERGES INTO COUNT 1; COUNTS 4 AND 5 - 9 MONTHS IN PRISON ON EACH COUNT, CONCURRENT TO COUNT 1; COUNTS 7 AND 66 - 9 MONTHS IN PRISON ON EACH COUNT, CONCURRENT TO COUNT 1; COUNTS 26, 27, 28, 29, 32, 34 - 9 MONTHS IN PRISON ON EACH COUNT, CONSECUTIVE TO EACH OTHER FOR THE REASONS STATED ON THE RECORD AND EACH COUNT IS CONCURRENT TO COUNT 1; COUNTS 54, 55, 56, 57, 58, 59 - 6 MONTHS IN PRISON ON EACH COUNT; COUNT 55 IS CONCURRENT WITH COUNT 56 AND COUNTS 54, 56, 57, 58 AND 59 ARE CONSECUTIVE TO EACH OTHER FOR THE REASONS STATED ON THE RECORD ( SEE BELOW), AND ARE CONCURRENT WITH COUNT 1. COUNT 106 - 9 MONTHS IN PRISON, CONCURRENT WITH COUNT 1. COUNT 222 - 9 MONTHS IN PRISON, CONCURRENT WITH COUNT 1. THIS CASE IS ALSO CONCURRENT WITH THE SENTENCE IN CASE CR 556136, WHICH ORDERED 3 YEARS IN PRISON. THE COURT IMPOSES PRISON TERMS CONSECUTIVELY FINDING THAT CONSECUTIVE SERVICE IS NECESSARY TO PROTECT THE PUBLIC FROM FUTURE CRIME OR TO PUNISH DEFENDANT; THAT THE CONSECUTIVE SENTENCES ARE NOT DISPROPORTIONATE TO THE SERIOUSNESS OF DEFENDANT'S CONDUCT AND TO THE DANGER DEFENDANT POSES TO THE PUBLIC; AND THAT, THE DEFENDANT COMMITTED ONE OR MORE OF THE MULTIPLE OFFENSES WHILE THE DEFENDANT WAS AWAITING TRIAL OR SENTENCING OR WAS UNDER A COMMUNITY CONTROL OR WAS UNDER POST-RELEASE CONTROL FOR A PRIOR OFFENSE, OR AT LEAST TWO OF THE MULTIPLE OFFENSES WERE COMMITTED IN THIS CASE AS PART OF ONE OR MORE COURSES OF CONDUCT, AND THE HARM CAUSED BY SAID MULTIPLE OFFENSES WAS SO GREAT OR UNUSUAL THAT NO SINGLE PRISON TERM FOR ANY OF THE OFFENSES COMMITTED AS PART OF ANY OF THE COURSES OF CONDUCT ADEQUATELY REFLECTS THE SERIOUSNESS OF DEFENDANT'S CONDUCT, OR DEFENDANT'S HISTORY OF CRIMINAL CONDUCT DEMONSTRATES THAT CONSECUTIVE SENTENCES ARE NECESSARY TO PROTECT THE PUBLIC FROM FUTURE CRIME BY DEFENDANT. 5 YEARS MANDATORY PRC ON COUNT 1. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 5 YEARS MANDATORY FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A

PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. AS OF 11-3-2014, DEFENDANT WAS IN JAIL ON THIS CASE 271 DAYS BASED ON SHERIFF'S RECORDS FOR THIS CASE PLUS ALL DAYS AFTER 11-3-2014 UNTIL TRANSFERRED TO PRISON. THIS TIME IN JAIL DOES NOT INCLUDE ANY JAIL TIME CREDIT IN THE CONCURRENT CASE, NUMBER 556136. DEFENDANT'S PRISON TIME IN THIS CASE STARTS ON THE FIRST DAY OF CONFINEMENT IN THE CONCURRENT CASE, 556136, INCLUDING ANY PRESENTENCE JAIL TIME CREDIT FOR THAT CASE. DEFENDANT WAS SERVING PRISON TIME FOR THAT CASE WHILE HE PHYSICALLY WAS IN THE CUYAHOGA COUNTY JAIL AWAITING TRIAL AND THEREAFTER SENTENCING IN THIS CASE. THESE CASES ARE TO RUN CONCURRENT BECAUSE OF THE RICO CONVICTION IN THIS CASE, COUNT 1, COVERED THE TIME PERIOD IN CASE 556136, AND THE CRIME IN THAT CONCURRENT CASE WAS SIMILAR TO THE UNDERLYING CRIMES OF THIS RICO CASE. RESTITUTION ORDERED IN THE AMOUNT OF $234,776.00 TO US BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $110,000.00 TO FIFTH/THIRD BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $29,500.00 TO FIRST MERIT BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $63,700.00 TO PNC/NCB; PAYABLE THROUGH THE PROBATION DEPARTMENT. THE DEFENDANT IS ORDERED TO PERFORM CCWS IN LIEU OF: PAYING COSTS, PAYING FEES. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT INDIGENT, COURT APPOINTS PUBLIC DEFENDER AS APPELLATE COUNSEL. TRANSCRIPT AT STATE'S EXPENSE. RESTITUTION OBLIGATION SUSPENDED UNTIL DEFENDANT IS RELEASED FROM PRISON. THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 10/05/2015 CPMEJ 10/06/2015 07:44:42

10/01/2015 10/01/2015 N/A    CS    COURT REPORTER FEE

09/29/2015 10/01/2015 N/A    JE    ** NUNC PRO TUNC** THIS ENTRY CORRECTS THE ORIGINAL SENTENCING JOURNAL ENRTY AS DETERMINED BY THE 8TH DISTRICT COURT OF APPEALS IN AN ORDER DATED 8-7-2015 REGARDING DEFENDANT'S APPEAL, CASE # 102273. THE FOLLOWING ITEMS ARE CORRECTED IN THIS ENTRY: 1) DELETED THE SENTENCE IMPOSED FOR COUNT 23 BECAUSE DEFENDANT WAS FOUND NOT GUILTY; 2) DELETED THE SENTENCE FOR COUNT 24 BECAUSE THE COUNT WAS DISMISSED; 3) INCLUDE A SENTENCE IN COUNT 106 - 9 MONTHS IN PRISON CONCURRENT WITH COUNT 1 BECAUSE THAT SENTENCE WAS OMITTED; AND 4) ADD THE REQUIRED STATUTORY LANGUAGE REGARDING CONSECUTIVE SENTENCES BECAUSE THOSE FACTORS WERE DISCUSSED AT SENTENCING AS NOTED IN THE ORIGINAL SENTENCING JOURNAL ENTRY. ALL OTHER ENTRIES REMAIN AS STATED IN THE ORIGINAL SENTENCING JOURNAL ENTRY. DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. COURT REPORTER ROB LLOYD PRESENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 2 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(2) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF THEFT; AGGRAVATED THEFT 2913.02 A(3) F3 AS CHARGED IN COUNT(S) 4, 5 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 7, 66 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF NOT GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 23 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 26, 27, 28, 29, 32, 34 OF

THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F4 AS CHARGED IN COUNT(S) 54, 56, 57, 58, 59 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C M1 AS CHARGED IN COUNT(S) 55 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF OBSTRUCTING JUSTICE 2921.32 A(4) F3 AS CHARGED IN COUNT(S) 106 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF POSSESSING CRIMINAL TOOLS 2923.24 A F5 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 222 OF THE INDICTMENT. REMAINING COUNTS WERE DISMISSED. COUNT(S) 33 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: ALL ITEMS LISTED IN THE FORFEITURE DOCUMENT ATTACHED TO THE PLEA ENTRY. DEFENDANT ADDRESSES THE COURT, PROSECUTOR JAMES MAY ADDRESSES THE COURT, VICTIM/REP ADDRESSES THE COURT, DEFENSE COUNSEL ADDRESSES THE COURT THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 10 YEAR(S). COUNT 1 - 10 YEARS IN PRISON; COUNTS 2 AND 3 MERGE, STATE ELECTS TO SENTENCE ON COUNT 2 AND COURT DETERMINED THAT COUNT 2 MERGES INTO COUNT 1; COUNTS 4 AND 5 - 9 MONTHS IN PRISON ON EACH COUNT, CONCURRENT TO COUNT 1; COUNTS 7 AND 66 - 9 MONTHS IN PRISON ON EACH COUNT, CONCURRENT TO COUNT 1; COUNTS 27, 28, 29, 32, 33, 34 - 9 MONTHS IN PRISON ON EACH COUNT, CONSECUTIVE TO EACH OTHER FOR THE REASONS STATED ON THE RECORD AND EACH COUNT IS CONCURRENT TO COUNT 1; COUNTS 54, 55, 56, 57, 58, 59 - 6 MONTHS IN PRISON ON EACH COUNT; COUNT 55 IS CONCURRENT WITH COUNT 56 AND COUNTS 54, 56, 57, 58 AND 59 ARE CONSECUTIVE TO EACH OTHER FOR THE REASONS STATED ON THE RECORD ( SEE BELOW), AND ARE CONCURRENT WITH COUNT 1. COUNT 106 - 9 MONTHS IN PRISON, CONCURRENT WITH COUNT 1. COUNT 222 - 9 MONTHS IN PRISON, CONCURRENT WITH COUNT 1. THIS CASE IS ALSO CONCURRENT WITH THE SENTENCE IN CASE CR 556136, WHICH ORDERED 3 YEARS IN PRISON. THE COURT IMPOSES PRISON TERMS CONSECUTIVELY FINDING THAT CONSECUTIVE SERVICE IS NECESSARY TO PROTECT THE PUBLIC FROM FUTURE CRIME OR TO PUNISH DEFENDANT; THAT THE CONSECUTIVE SENTENCES ARE NOT DISPROPORTIONATE TO THE SERIOUSNESS OF DEFENDANT'S CONDUCT AND TO THE DANGER DEFENDANT POSES TO THE PUBLIC; AND THAT, THE DEFENDANT COMMITTED ONE OR MORE OF THE MULTIPLE OFFENSES WHILE THE DEFENDANT WAS AWAITING TRIAL OR SENTENCING OR WAS UNDER A COMMUNITY CONTROL OR WAS UNDER POST-RELEASE CONTROL FOR A PRIOR OFFENSE, OR AT LEAST TWO OF THE MULTIPLE OFFENSES WERE COMMITTED IN THIS CASE AS PART OF ONE OR MORE COURSES OF CONDUCT, AND THE HARM CAUSED BY SAID MULTIPLE OFFENSES WAS SO GREAT OR UNUSUAL THAT NO SINGLE PRISON TERM FOR ANY OF THE OFFENSES COMMITTED AS PART OF ANY OF THE COURSES OF CONDUCT ADEQUATELY REFLECTS THE SERIOUSNESS OF DEFENDANT'S CONDUCT, OR DEFENDANT'S HISTORY OF CRIMINAL CONDUCT DEMONSTRATES THAT CONSECUTIVE SENTENCES ARE NECESSARY TO PROTECT THE PUBLIC FROM FUTURE CRIME BY DEFENDANT. 5 YEARS MANDATORY PRC ON COUNT 1. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 5 YEARS MANDATORY FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. AS OF 11-3-2014, JAIL TIME CREDIT OF 271 DAYS BASED ON SHERIFF'S RECORDS FOR THIS CASE PLUS ALL DAYS AFTER 11-3-2014 UNTIL TRANSFERRED TO PRISON. DEFENDANT BELIEVES ADDITIONAL JAIL TIME CREDIT IS DUE AND COURT WILL CONSIDER A POST SENTENCING MOTION TO THAT EFFECT, IF FILED. RESTITUTION ORDERED IN THE AMOUNT OF $234,776.00 TO US

BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $110,000.00 TO FIFTH/THIRD BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $29,500.00 TO FIRST MERIT BANK; PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF $63,700.00 TO PNC/NCB; PAYABLE THROUGH THE PROBATION DEPARTMENT. THE DEFENDANT IS ORDERED TO PERFORM CCWS IN LIEU OF: PAYING COSTS, PAYING FEES. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT INDIGENT, COURT APPOINTS PUBLIC DEFENDER AS APPELLATE COUNSEL. TRANSCRIPT AT STATE'S EXPENSE. RESTITUTION OBLIGATION SUSPENDED UNTIL DEFENDANT IS RELEASED FROM PRISON. THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 09/29/2015 CPMEJ 09/30/2015 06:42:27

| Date | Date | Party | Code | Description | |
|---|---|---|---|---|---|
| 09/24/2015 | 09/24/2015 | N/A | JE | HEARING SET FOR 09/30/2015 AT 09:00 AM. RESENTENCING HEARING SCHEDULED FOR 09/30/15 AT 9:00 A.M. 09/24/2015 CPRXB 09/24/2015 15:09:03 | 🗎 |
| 09/09/2015 | 09/09/2015 | N/A | JE | COURT TRANSCRIPTS AND SENTENCING TRANSCRIPTS GRANTED AT STATES EXPENSE. DEFENDANT DECLARED INDIGENT. PLEASE DELIVER TO COURTROOM 15-D. 09/09/2015 CPAXC 09/09/2015 12:38:59 | 🗎 |
| 08/12/2015 | 08/12/2015 | N/A | JE | CAPTIONED CASE BEING REMANDED TO THE COURT OF COMMON PLEAS BY ORDER OF THE COURT OF APPEALS; THIS MATTER IS HEREBY RETURNED TO THE DOCKET OF JUDGE MICHAEL E JACKSON (364). ADMINISTRATIVE JUDGE JOHN J. RUSSO THIS ENTRY TAKEN BY JUDGE JOHN J RUSSO. 08/12/2015 CPJR1 08/12/2015 11:12:40 | 🗎 |
| 02/04/2015 | 02/04/2015 | D1 | CL | DEFENDANT'S TRANSCRIPT OF PROCEEDINGS (1) FILED AND SENT TO THE COURT OF APPEALS. (102273) | |
| 01/29/2015 | 01/29/2015 | D | JE | COURT REPORTER ALLOWED $5,786.75. RECEIVED FOR FILING. | 🗎 |
| 01/29/2015 | 01/29/2015 | D | JE | COURT REPORTER ALLOWED $941.00. RECEIVED FOR FILING. | 🗎 |
| 12/31/2014 | 12/31/2014 | D1 | CL | RECORD ON APPEAL, PAGINATION SHEET AND CRIMINAL FILE SENT TO THE COURT OF APPEALS. | |
| 11/26/2014 | 11/26/2014 | D1 | NT | NOTICE OF APPEAL, JOURNAL ENTRY, PRAECIPE, DOCKETING STATEMENT (REGULAR), FILED AND SENT TO THE COURT OF APPEALS WITH A COPY OF THE DOCKET SHEET. THE COURT OF APPEALS NUMBER ASSIGNED IS 102273.` | |
| 11/24/2014 | 11/26/2014 | N/A | JE | ATTORNEY RICHARD AGOPIAN'S MOTION FOR LEAVE TO WITHDRAW FROM ACTION DUE TO CONFLICT AND MOTION FOR APPOINTMENT OF NEW COUNSEL IS GRANTED. ATTORNEY AGOPIAN REPRESENTED ONE OF THE DEFENDANT'S CO-DEFENDANT, ERIC CAMMON IN CASE 429085 IN THE CUYAHOGSA COUNTY COURT OF COMMON PLEAS. FOR GOOD CAUSE SHOWN, MOTION IS GRANTED TO WITHDRAW FROM CASE. THE COURT ASSIGNS JOHN GIBBONS AS NEW APPELLATE COUNSEL. TRANSCRIPTS AT STATE'S EXPENSE. 11/24/2014 CPRXB 11/24/2014 15:55:38 | 🗎 |
| 11/20/2014 | 11/20/2014 | D1 | MO | MOTION FILED BY D1 BRIAN LUMBUS JR ATTORNEY RICHARD AGOPIAN 0030924 MOTION FOR LEAVE TO WITHDRAW FROM ACTION DUE TO CONFLICT - MOTION FOR APPOINTMENT OF NEW COUNSEL | 🗎 |
| 11/18/2014 | 11/18/2014 | D | JE | COURT REPORTER ALLOWED $1,183.00. RECEIVED FOR FILING. | 🗎 |
| 11/13/2014 | 11/13/2014 | N/A | JE | IT IS HEREBY ORDERED THAT RUFUS SIMS, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $6,000.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. 1408768 11/13/2014 CPKMD 11/13/2014 14:35:49 | 🗎 |
| 11/12/2014 | 11/12/2014 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 4042.8 PAID AMOUNT 85 AMOUNT DUE 3957.8 | |
| 11/12/2014 | 11/12/2014 | D1 | DR | COURT REPORTER FEE | |
| 11/12/2014 | 11/12/2014 | D1 | DR | SHERIFF FEES | |
| 11/12/2014 | 11/12/2014 | D1 | CS | JURY FEES | |

| | | | | |
|---|---|---|---|---|
| 11/12/2014 | 11/13/2014 | N/A | JE | EXTRAORDINARY FEES IN THE AMOUNT OF $4,500.00 ARE HEREBY GRANTED. THE TOTAL AMOUNT OF $6,000.00 IS HEREBY APPROVED. _____ ADMINISTRATIVE JUDGE JOHN J. RUSSO _____ JUDGE 11/12/2014 CPKMD 11/12/2014 14:45:50 |
| 11/10/2014 | 11/10/2014 | N/A | CS | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 |
| 11/06/2014 | 11/07/2014 | N/A | JE | PUBLIC DEFENDER DECLINED APPOINTMENT AS APPELLATE COUNSEL DUE TO A CONFLICT. COURT APPOINTS RICHARD AGOPIAN AS APPELLATE COUNSEL. TRANSCRIPTS AT STATE'S EXPENSE. 11/06/2014 CPMEJ 11/07/2014 09:31:50 |
| 11/06/2014 | 11/06/2014 | N/A | JE | THE FOLLOWING EXHIBITS WERE RETURNED TO APA J.D. MAY BY THE COURT REPORTER AND ARE NOT PART OF THIS RECORD, IF ANY APPEAL IS FILED. THESE EXHIBITS ARE: 1-3. BOOKS; 8. SCANNER; 9. SIGNATURE PAD; 10. GARMIN. 16. LAPTOP; 19. CARD STRIP READER; 20. VOICE CHANGER; 21. BOOK; 27. DUFFLE BAG; 30 A & B. THUMBDRIVES; 32. SCREEN SHOT READER; 33. BACKPACK; 35. SCANNER; 36. SCANNER; 38. THUMBDRIVE; 40. CATALOGUE; 41. SWISS GEAR COMPUTER BAG; 42. PRINTER; 43. COMPUTER; AND 47. KANGOL HAT. ALL OTHER ADMITTED EXHIBITS WERE RETAINED BY THE COURT REPORTER. 11/06/2014 CPMEJ 11/06/2014 08:59:25 |
| 11/06/2014 | 11/06/2014 | N/A | CS | CALLING WITNESS |
| 11/06/2014 | 11/06/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 996221 |
| 11/05/2014 | 11/10/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. COURT REPORTER ROB LLOYD PRESENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 2 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(2) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF THEFT; AGGRAVATED THEFT 2913.02 A(3) F3 AS CHARGED IN COUNT(S) 4, 5 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 7, 66 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF NOT GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 23 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 26, 27, 28, 29, 32, 34 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F4 AS CHARGED IN COUNT(S) 54, 56, 57, 58, 59 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C M1 AS CHARGED IN COUNT(S) 55 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF OBSTRUCTING JUSTICE 2921.32 A(4) F3 AS CHARGED IN COUNT(S) 106 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE JURY RETURNED A VERDICT OF GUILTY OF POSSESSING CRIMINAL TOOLS 2923.24 A F5 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 222 OF THE INDICTMENT. REMAINING COUNTS WERE DISMISSED. COUNT(S) 33 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: ALL ITEMS LISTED IN THE FORFEITURE DOCUMENT ATTACHED TO THE PLEA ENTRY. DEFENDANT ADDRESSES THE COURT, PROSECUTOR JAMES MAY ADDRESSES THE COURT, VICTIM/REP ADDRESSES THE COURT, DEFENSE COUNSEL ADDRESSES THE COURT THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 10 YEAR(S). COUNT 1 - 10 YEARS; COUNTS 2 AND 3 MERGE, STATE ELECTS TO SENTENCE ON COUNT 2 |

AND COURT DETERMINED THAT COUNT 2 MERGES INTO COUNT 1; COUNTS
4 AND 5 - 9 MONTHS ON EACH COUNT, CONCURRENT TO COUNT 1; COUNTS
7 AND 66 - 9 MONTHS ON EACH COUNT, CONCURRENT TO COUNT 1;
COUNTS 23, 24, 27, 28, 29, 32, 33, 34 - 9 MONTHS ON EACH COUNT,
CONSECUTIVE TO EACH OTHER FOR THE REASONS STATED ON THE
RECORD AND EACH COUNT IS CONCURRENT TO COUNT 1; COUNTS 54, 55,
56, 57, 58, 59 - 6 MONTHS ON EACH COUNT; COUNT 55 IS CONCURRENT
WITH COUNT 56 AND COUNTS 54, 56, 57, 58 AND 59 ARE CONSECUTIVE TO
EACH OTHER FOR THE REASONS STATED ON THE RECORD, AND ARE
CONCURRENT WITH COUNT 1. COUNT 222 - 9 MONTHS, CONCURRENT WITH
COUNT 1. THIS CASE IS ALSO CONCURRENT WITH CASE CR 556136, WHICH
ORDERED 3 YEARS IN PRISON. 5 YEARS MANDATORY PRC ON COUNT 1.
POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 5 YEARS
MANDATORY FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT
ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS
IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE
VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL
UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS
PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON
TERM ORIGINALLY IMPOSED UPON THE OFFENDER. AS OF 11-3-2014, JAIL
TIME CREDIT OF 271 DAYS BASED ON SHERIFF'S RECORDS FOR THIS CASE
PLUS ALL DAYS AFTER 11-3-2014 UNTIL TRANSFERRED TO PRISON.
DEFENDANT BELIEVES ADDITIONAL JAIL TIME CREDIT IS DUE AND COURT
WILL CONSIDER A POST SENTENCING MOTION TO THAT EFFECT, IF FILED.
RESTITUTION ORDERED IN THE AMOUNT OF $234,776.00 TO US BANK;
PAYABLE THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED
IN THE AMOUNT OF $110,000.00 TO FIFTH/THIRD BANK; PAYABLE
THROUGH THE PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE
AMOUNT OF $29,500.00 TO FIRST MERIT BANK; PAYABLE THROUGH THE
PROBATION DEPARTMENT. RESTITUTION ORDERED IN THE AMOUNT OF
$63,700.00 TO PNC/NCB; PAYABLE THROUGH THE PROBATION
DEPARTMENT. THE DEFENDANT IS ORDERED TO PERFORM CCWS IN LIEU
OF: PAYING COSTS, PAYING FEES. DEFENDANT ADVISED OF APPEAL
RIGHTS. DEFENDANT INDIGENT, COURT APPOINTS PUBLIC DEFENDER AS
APPELLATE COUNSEL. TRANSCRIPT AT STATE'S EXPENSE. RESTITUTION
OBLIGATION SUSPENDED UNTIL DEFENDANT IS RELEASED FROM PRISON.
THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN
AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT
REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN
LUMBUS, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 11/05/2014
CPEDB 11/10/2014 15:46:44

| | | | | |
|---|---|---|---|---|
| 11/04/2014 | 11/04/2014 | D1 | MO | MOTION FOR EXTRAORDINARY ASSIGNED COUNSEL FEES WITH MEMORANDUM IN SUPPORT AND COPY OF FILED FEE BILL ATTACHED, FILED.  |
| 11/04/2014 | 11/04/2014 | D | RE | ATTORNEY FEE BILL SUBMITTED RUFUS SIMS |
| 11/04/2014 | 11/05/2014 | N/A | JE | NUNC PRO TUNC ENTRY AS OF AND FOR 10/28/2014. ****CORRECTION TO JOURNAL ENTRY***** COUNT 7 WAS NOT DISMISSED; COUNT 8 WAS DISMISSED. ALL OTHER LISTED COUNTS WERE, IN FACT, DISMISSED AS STATED IN THE JOURNAL ENTRY OF 10/28/14. 11/04/2014 CPMEJ 11/05/2014 11:44:38  |
| 11/04/2014 | 11/04/2014 | N/A | CS | COURT REPORTER FEE |
| 11/04/2014 | 11/04/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 11/03/2014 | 11/03/2014 | N/A | CS | COURT REPORTER FEE |
| 10/30/2014 | 11/10/2014 | N/A | JE | DEFENDANT IN COURT WITH COUNSEL RUFUS SIMS. PROSECUTING ATTORNEY(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. THE JURY RETURNS A VERDICT OF GUILTY OF ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 2 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF CONSPIRACY 2923.01 A(2) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF THEFT;  |

AGGRAVATED THEFT 2913.02 A(3) F3 AS CHARGED IN COUNT(S) 4, 5 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 7, 66 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF NOT GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C AS CHARGED IN COUNT(S) 23 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 AS CHARGED IN COUNT(S) 26, 27, 28, 29, 32, 34 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F4 AS CHARGED IN COUNT(S) 54, 56, 57, 58, 59 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C M1 AS CHARGED IN COUNT(S) 55 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF OBSTRUCTING JUSTICE 2921.32 A(4) F3 AS CHARGED IN COUNT(S) 106 OF THE INDICTMENT. THE JURY RETURNS A VERDICT OF GUILTY OF POSSESSING CRIMINAL TOOLS 2923.24 A F5 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 222 OF THE INDICTMENT. COUNT(S) 33 IS/ARE NOLLED. REMAINING COUNTS ARE DISMISSED. DEFENDANT TO FORFEIT TO THE STATE: ALL ITEMS LISTED IN THE FORFEITURE DOCUMENT ATTACHED TO THE PLEA ENTRY. JURORS POLLED; ALL AFFIRMED THE VERDICTS. STATE OF OHIO ORDERED TO NOTIFY VICTIM OF DATE & TIME OF SENTENCING. SENTENCING SET FOR 11/03/2014 AT 09:00 AM. DEFENDANT WAIVES PSI AFTER HIS RIGHTS AND MEANING OF THIS WAIVER WERE EXPLAINED TO HIM. * LIST OF ITEMS TO BE FORFEITED IN CR 556112 SIGNED, ATTACHED AND ORDERED FILED. OSJ. * 10/30/2014 CPTRC 11/07/2014 10:49:09

| | | | | |
|---|---|---|---|---|
| 10/29/2014 | 11/03/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. JURY TRIAL DAY EIGHT (8), 10/30/14 JURY DELIBERATES. JURY POSED THREE WRITTEN QUESTIONS WHICH WERE ANSWERED BY THE COURT IN WRITING AFTER CONSULTATION WITH EACH COUNSEL. WRITTEN QUESTIONS AND COURT'S RESPONSE MADE PART OF THE RECORD BY DELIVERY TO THE COURT REPORTER. JURY RETURNS A VERDICT. COURT READ VERDICT IN OPEN COURT WITH DEFENDANT AND ALL COUNSEL PRESENT. THE COURT POLLED THE JURY AND EACH JUROR AFFIRMED THAT THE VERDICT  REPRESENTS THAT JUROR'S DECISION. SPECIFIC COUNTS REGARDING THE GUILTY VERDICT ARE SET FORTH IN A SEPARATE JOURNAL ENTRY. SENTENCING SET FOR MONDAY, NOVEMBER 3, 2014. DEFENDANT WAIVES HIS RIGHT TO A PRESENTENCE INVESTIGATION REPORT, AFTER CONSULTATION WITH COUNSEL AND HAVING BEEN ADVISED OF HIS RIGHTS BY THE COURT. COURT DETERMINES THAT DEFENDANT KNOWINGLY, VOLUNTARILY AND WITH A FULL UNDERSTANDING OF HIS RIGHTS WAIVED HIS RIGHT TO A PRESENTENCE INVESTIGATION REPORT. DEFENDANT REMANDED UNTIL SENTENCING. 10/29/2014 CPMEJ 11/03/2014 13:24:08 |
| 10/28/2014 | 11/03/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. JURY TRIAL DAY SEVEN (7). THE STATE CONTINUES TO PRESENT IT'S CASE. THE STATE RESTS IT'S CASE. STATE DISMISSES THE FOLLOWING COUNTS: 6, 7, 22, 24, 25, 30, 31, 79, 105, 108, 109, 127, 137, AND 138. HEARING HELD REGARDING STATE'S EXHIBITS. THE FOLLOWING STATES EXHIBITS WERE ADMITTED INTO EVIDENCE: EXHIBITS 1 THROUGH 5 ADMITTED OVER DEFENDANT'S OBJECTION. THE FOLLOWING'S STATES EXHIBITS WERE ADMITTED WITHOUT OBJECTION: 5 A THROUGH 43, 45, 46, 54 THROUGH  82A, 200 THROUGH 235, 300 THROUGH 374, 700 THROUGH 747, AND 900 THROUGH 905. DEFENDANT'S RULE 29 MOTION DENIED. JURY RECONVENED. DEFENDANT RESTS HIS CASE. DEFENDANT'S SECOND RULE 29 MOTION MADE OUTSIDE THE PRESENCE OF THE JURY IS DENIED. JURY RECONVENED. COURT CHARGES THE JURY BY READING THE INSTRUCTIONS. CLOSING ARGUMENTS MADE BY THE STATE AND THE DEFENDANT. JURY BEGINS DELIBERATIONS. 10/28/2014 CPMEJ 11/03/2014 13:12:31 |
| 10/28/2014 | 10/28/2014 | D1 | SH | FRANKLIN COUNTY SHERIFF DEPT SERVICE FEE $59.49 |
| 10/28/2014 | 10/28/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/28/2014 | 10/28/2014 | N/A | SB | SUBPOENA CLERK'S FEE |

| 10/28/2014 | 10/28/2014 | N/A | CS | CALLING WITNESS |
|---|---|---|---|---|
| 10/28/2014 | 10/28/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 990644 |
| 10/28/2014 | 10/28/2014 | N/A | CS | CALLING WITNESS |
| 10/28/2014 | 10/28/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 990642 |
| 10/27/2014 | 10/28/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. JURY TRIAL DAY SIX (6). STATE CONTINUES TO PRESENT IT'S CASE. 10/27/2014 CPRXB 10/27/2014 15:10:10 |
| 10/27/2014 | 10/27/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/27/2014 | 10/27/2014 | N/A | CS | COURT REPORTER FEE |
| 10/24/2014 | 10/24/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER MISSY JONES PRESENT. JURY TRIAL DAY FIVE (5). STATE CONTINUES TO PRESENT IT'S CASE. 10/24/2014 CPRXB 10/24/2014 14:06:08 |
| 10/24/2014 | 10/24/2014 | N/A | CS | COURT REPORTER FEE |
| 10/23/2014 | 10/23/2014 | D1 | SH | LAKE COUNTY SHERIFF DEPT SERVICE FEE $31.00 SS 990647 |
| 10/23/2014 | 10/24/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. JURY TRIAL DAY FOUR (4). STATE CONTINUES TO PRESENT IT'S CASE. 10/23/2014 CPRXB 10/23/2014 12:53:21 |
| 10/23/2014 | 10/23/2014 | N/A | CS | CALLING WITNESS |
| 10/23/2014 | 10/23/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 990629 |
| 10/22/2014 | 10/22/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. JURY TRIAL DAY THREE (3). JURY IMPANELLED AND SWORN, 12 JURORS AND 2 ALTERNATE(S). CASE PROCEEDS TO TRIAL. OPENING STATEMENTS HAD. STATE PRESENTS IT'S CASE. JUROR NUMBER 26 SITTING IN SEAT 7 EXCUSED FOR GOOD CAUSE (UNFORSEEN PERSONAL MATTER) AND AFTER QUESTIONING BY THE COURT AND THE PARTIES. JUROR ALTERNATE NUMER I, JUROR NUMBER 27, REPLACED THE EXCUSED JUROR. JUROR ALTERNATE NUMBER 2 NOW THE ONLY ALTERNATE JUROR. 10/22/2014 CPMEJ 10/22/2014 16:54:57 |
| 10/22/2014 | 10/22/2014 | N/A | CS | CALLING WITNESS |
| 10/22/2014 | 10/22/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 990641 |
| 10/21/2014 | 10/22/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. DAY TWO (2) OF TRIAL. VOIR DIRE CONTINUES. 10/21/2014 CPRXB 10/22/2014 10:13:34 |
| 10/20/2014 | 10/20/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER NANCY NUNES PRESENT. TRIAL CALLED AND FIRST DAY OF TRIAL COMMENCED. VOIR DIRE COMMENCED. 10/20/2014 CPRXB 10/20/2014 14:31:27 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $13.74 SS 990642 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $13.25 SS 990644 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $21.74 SS 990645 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $21.74 SS 990635 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $13.25 SS 990643 |
| 10/20/2014 | 10/20/2014 | D1 | SH | LORAIN COUNTY SHERIFF DEPT SERVICE FEE $21.74 SS 990646 |
| 10/20/2014 | 10/20/2014 | D1 | SH | STARK COUNTY SHERIFF DEPT SERVICE FEE $31.00 SS 990650 |
| 10/20/2014 | 10/20/2014 | D1 | SH | STARK COUNTY SHERIFF DEPT SERVICE FEE $31.48 SS 990630 |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990652, IN THE AMOUNT OF $20.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990649, IN THE AMOUNT OF $18.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990648, IN THE AMOUNT OF $21.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990641, IN THE AMOUNT OF $21.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990640, IN THE AMOUNT OF $12.50. |

| | | | | |
|---|---|---|---|---|
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990639, IN THE AMOUNT OF $12.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990637, IN THE AMOUNT OF $14.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990636, IN THE AMOUNT OF $16.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990633, IN THE AMOUNT OF $14.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990631, IN THE AMOUNT OF $20.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990629, IN THE AMOUNT OF $18.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990628, IN THE AMOUNT OF $21.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990627, IN THE AMOUNT OF $21.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990626, IN THE AMOUNT OF $17.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990625, IN THE AMOUNT OF $16.50. |
| 10/19/2014 | 10/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990623, IN THE AMOUNT OF $17.50. |
| 10/17/2014 | 10/17/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989078, IN THE AMOUNT OF $17.50. |
| 10/15/2014 | 10/15/2014 | N/A | CS | COURT REPORTER FEE |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989056, IN THE AMOUNT OF $20.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989053, IN THE AMOUNT OF $17.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989050, IN THE AMOUNT OF $21.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989047, IN THE AMOUNT OF $21.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989045, IN THE AMOUNT OF $18.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989043, IN THE AMOUNT OF $20.50. |
| 10/15/2014 | 10/15/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989040, IN THE AMOUNT OF $14.50. |
| 10/09/2014 | 10/09/2014 | N/A | CS | CALLING WITNESS |
| 10/09/2014 | 10/09/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 989053 |
| 10/08/2014 | 10/08/2014 | N/A | JE | DUE TO DEFENDANT'S MEDICAL CONDITION (DENTAL PROBLEMS WITH TOOTH EXTRACTION SCHEDULED) AND WITH THE HOLIDAY ON 10/13/2014, COURT RESCHEDULED TRIAL TO 10/20/2014, AT DEFENDANT'S REQUEST. JURY SELECTION PROCESS HALTED AND JURY DISMISSED. NO OBJECTION BY STATE. 10/08/2014 CPJMG 10/08/2014 09:01:00 |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990395, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990394, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990650, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990647, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990646, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990645, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990644, IN THE AMOUNT OF $6.00. |

| | | | | |
|---|---|---|---|---|
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990643, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990642, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990638, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990635, IN THE AMOUNT OF $6.00. |
| 10/08/2014 | 10/08/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 990630, IN THE AMOUNT OF $6.00. |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/07/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/07/2014 | 10/08/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. TRIAL PREVIOUSLY SCHEDULED IS RESCHEDULED FOR 10/20/2014 AT 09:00AM AT THE REQUEST OF DEFENDANT. HEARING SET FOR 10/14/2014 AT 01:30 PM. AT THE REQUEST OF DEFENDANT. 10/07/2014 CPRXB 10/07/2014 11:02:51 |
| 10/07/2014 | 10/07/2014 | N/A | JE | DEFENDANT IS ORDERED TO SEE THE JAIL PHYSICIAN IMMEDIATELY. 10/07/2014 CPRXB 10/07/2014 08:33:05 |
| 10/06/2014 | 10/07/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARLA KUHN PRESENT. TRIAL CALLED AND FIRST DAY OF TRIAL COMMENCED. VOIR DIRE COMMENCED. 10/06/2014 CPRXB 10/06/2014 14:28:22 |
| 10/06/2014 | 10/06/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 10/06/2014 | 10/06/2014 | N/A | SB | SUBPOENA CLERK'S FEE |

| 10/03/2014 | 10/03/2014 | D1 | SH | STARK COUNTY SHERIFF DEPT SERVICE FEE $10.00 SS 989044 | |
| 10/03/2014 | 10/03/2014 | N/A | CS | COURT REPORTER FEE | |
| 10/01/2014 | 10/01/2014 | D1 | MO | FIRST AMENDED MOTION BY DEFENDANT BRIAN LUMBUS MOTION TO SUPPRESS/LIMIT THE ADMISSIBILTY OF ANY EVIDENCE RECOVERED FROM HIS GRANDMOTHER'S RESIDENCE, FILED. |  |
| 09/30/2014 | 09/30/2014 | D1 | MO | RESPONSE BY DEFENDANT BRIAN LUMBUS TO STATE'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE COLLECTED FROM DEFENDANT'S AUTOMOBILE, FILED. |  |
| 09/30/2014 | 09/30/2014 | N/A | JE | COURT SCHEDULED ALL MOTIONS TO SUPPRESS AND OTHER PENDING MOTIONS WILL BE HEARD ON 10/01/14 AT 1:00 P.M. TRIAL WILL START IMMEDIATELY THEREAFTER. 09/30/2014 CPRXB 09/30/2014 11:49:28 |  |
| 09/30/2014 | 09/30/2014 | N/A | JE | DEFENDANT NOT PRESENT IN COURT. PROSECUTOR(S) JAMES MAY PRESENT. DEFENSE COUNSEL RUFUS SIMS PRESENT. TRIAL PREVIOUSLY SCHEDULED IS RESCHEDULED FOR 10/01/2014 AT 01:00PM AT THE REQUEST OF DEFENDANT. 09/30/2014 CPRXB 09/30/2014 11:36:59 |  |
| 09/30/2014 | 09/30/2014 | P | CL | WRIT OF HABEAS CORPUS RECEIVED FROM THE CLERK OF COURTS FOR THE ABOVE ENTITLED CASE. | |
| 09/30/2014 | 09/30/2014 | P | CL | WRIT OF HABEAS CORPUS AD TESTIFICANDUM, FILED. |  |
| 09/30/2014 | 09/30/2014 | P | JE | ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM | |
| 09/30/2014 | 09/30/2014 | P | MO | MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM, FILED. |  |
| 09/29/2014 | 09/29/2014 | P | MO | BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE COLLECTED FROM DEFENDANT'S VEHICLE, FILED. |  |
| 09/29/2014 | 09/30/2014 | N/A | JE | DEFENDANT NOT PRESENT IN COURT. PROSECUTOR(S) JAMES MAY PRESENT. RUFUS SIMS PRESENT. TRIAL PREVIOUSLY SCHEDULED FOR 09/29/2014 AT 09:00AM IS RESCHEDULED FOR 09/30/2014 AT 09:00AM AT THE REQUEST OF DEFENDANT. 09/29/2014 CPRXB 09/29/2014 12:49:34 |  |
| 09/29/2014 | 09/29/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989044, IN THE AMOUNT OF $6.00. | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/26/2014 | 09/26/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 989060, IN THE AMOUNT OF $6.00. | |
| 09/24/2014 | 09/24/2014 | P | MO | BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE COLLECTED FROM DEFENDANT'S VEHICLE, FILED. |  |
| 09/24/2014 | 09/24/2014 | P | MO | BRIEF IN OPPOSITION TO DEFENDANT MOTION TO PRECLUDE EVIDENCE COLLECTED FROM DEFENDANT'S GRANDMOTHER'S GARAGE AS IMPROPER 404B EVIDENCE, FILED. |  |
| 09/23/2014 | 09/23/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS MOTION TO SUPRESS/ LIMIT THE ADMISSIBILITY OF ANY EVIDENCE RECOVERED FROM HIS GRANDMOTHER'S RESIDENCE, FILED. |  |
| 09/22/2014 | 09/22/2014 | N/A | CS | COURT REPORTER FEE | |
| 09/19/2014 | 09/19/2014 | N/A | SB | SUBPOENA CLERK'S FEE | |
| 09/19/2014 | 09/19/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 987680, IN THE AMOUNT OF $6.00. | |
| 09/16/2014 | 09/17/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER CARYN LOTT PRESENT. HEARING HELD. FINAL PRETRIAL HELD AND HEARING TO REVIEW A NUMBER OF MOTIONS FILED BY DEFENDANT. A SUPPRESSION HEARING WILL BE HELD ON THE MORNING OF TRIAL REGARDING AUTOMOBILE SEARCH. FINAL PRETRIAL HELD 09/16/2014. TRIAL REMAINS SET FOR 09/29/2014 AT 09:00 |  |

| | | | | |
|---|---|---|---|---|
| | | | AM. AT THE REQUEST OF DEFENDANT. 09/16/2014 CPRXB 09/16/2014 16:22:50 | |
| 09/15/2014 | 09/15/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS TO SUPPRESS/ LIMIT THE STATE FROM MAKING ANY COMMENT OR REFERENCE AT TRIAL REGARDING A LINE-UP OR PHOTO IDENTIFICATION OF DEFENDANT BRIAN LUMBUS, FILED. |
| 09/15/2014 | 09/15/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS MOTION TO SUPPRESS/ LIMIT THE ADMISSIBILITY OF ANY EVIDENCE RECOVERED FROM HIS RESIDENCE AS FRUIT OF THE POISONOUS TREE, FILED. |
| 09/15/2014 | 09/15/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS TO REVEAL THE NAME AND IDENTITY OF ANY AND ALL CONFIDENTIAL INFORMANTS MENTIONED IN THE AFFIDAVIT FOR SEACH WARANT FOR 9501 PRATT AVENUE, CLEVELAND, OHIO, FILED. |
| 09/12/2014 | 09/12/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS TO SUPPRESS/ PREVENT THE STATE FROM USING OR PRESENTING AT TRIAL ANY EVIDENCE RECOVERED FROM HIS AUTOMOBLE, FILED. |
| 09/05/2014 | 09/05/2014 | D1 | MO | DEFENDANT BRIAN LUMBUS' WITNESS LIST, FILED. |
| 09/05/2014 | 09/05/2014 | D1 | MO | DEFENDANT BRIAN LUMBUS' MOTION IN LIMINE TO PREVENT OR PRECLUDE ANY STATE'S WITNESS FROM MAKING ANY COMMENT OR REFERENCE THAT HE WAS IN PRISON OR IN JAIL, FILED. |
| 09/04/2014 | 09/04/2014 | P1 | BR | BRIEF STATE'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR TRANSCRIPT OF GRAND JURY PROCEEDINGS |
| 08/22/2014 | 08/22/2014 | D1 | MO | MOTION BY DEFENDANT BRIAN LUMBUS TO COMPEL THE STATE TO PRODUCE ANY AND AND ALLEVIDENCE IT INTENDS TO USE 30 DAYS PRIOR TO TRIAL, FILED. |
| 08/22/2014 | 08/22/2014 | D1 | MO | DEFENDANT BIRAN LUMBUS, MOTION FOR TRANSCRIPT OF GRAND JURY PROCEEDINGS, FILED. |
| 08/15/2014 | 08/15/2014 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 08/08/2014 | 08/08/2014 | D1 | MO | DEFENDANT BRIAN LUMBUS MOTION IN LIMINE TO ADMISSION OF OTHER ACT EVIDENCE WITH MEMORANDUM IN SUPPORT, FILED. |
| 08/08/2014 | 08/14/2014 | N/A | JE | DEFENDANT NOT PRESENT IN COURT. PROSECUTOR(S) JAMES MAY PRESENT. DEFENSE COUNSEL RUFUS SIMS PRESENT. PRETRIAL HELD 08/08/2014. TRIAL REMAINS SET FOR 09/29/2014 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. FINAL PRETRIAL REMAINS SET FOR 9/16/14 AT THE REQUEST OF THE DEFENDANT. ALL MOTIONS OF ANY TYPE BY EITHER SIDE HAVE TO BE FILED IN ADVANCE OF 9/16/14 HEARING DATE TO ALLOW THE OTHER SIDE TO RESPOND. 08/08/2014 CPRXB 08/08/2014 09:52:28 |
| 08/04/2014 | 08/06/2014 | N/A | JE | PRETRIAL NOT HELD. PRETRIAL SET FOR 08/08/2014 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. REASON: DEFENSE COUNSEL UNABLE TO ATTEND PRETRIAL. 08/04/2014 CPRXB 08/06/2014 14:52:34 |
| 07/29/2014 | 07/30/2014 | N/A | JE | PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL NOT HELD. PRETRIAL SET FOR 08/04/2014 AT 01:00 PM. AT THE REQUEST OF DEFENDANT. REASON: DEFENSE COUNSEL UNABLE TO APPEAR FOR PRETRIAL. 07/29/2014 CPRXB 07/29/2014 16:18:57 |
| 07/14/2014 | 07/14/2014 | D1 | MO | MOTION OF DEFENDANT BRIAN LUMBUS TO REVEAL THE DEAL OF ANY WITNESS OR CO-DEFENDANT PRIOR TO TRIAL WITH EMORANDUM IN SUPPORT, FILED. |
| 07/01/2014 | 07/01/2014 | D1 | MO | MOTION FOR DEFENDANT TO PROCEED PRO SE AS CO-COUNSEL FOR THE LIMITED PURPOSE OF PRETRIAL STAGES ONLY TO RAISE OBJECTION, CHALLENGE DEFECTS, EVIDENTIARY ISSUES, FILED. PRO SE CCJ SO # 0210921 |
| 07/01/2014 | 07/01/2014 | D1 | MO | MOTION TO CHALLENGE INVALID SEARCH WARRANTS AND THE SEARCH WARRANT AFFIDAVITS TO OBTAIN SEARCH WARRANTS, FILED PRO SE CCJ SO # 0210921 |
| 07/01/2014 | 07/01/2014 | D1 | MO | OBJECTION TO EVIDENCE THE STATE ATTNEDS TO USE AT THE DEFENDANT'S TRIAL, THE AUTHENTICATION AND IDENTIFICATION IS TAINTED, FILED. PRO SE CCJ SO # 0210921 |
| 07/01/2014 | 07/01/2014 | D1 | MO | OBJECTION TO ALL CONTINUANCES ENTERED ON RECORD AT THE DEFENDANT'S REQUEST, THE DEFENDANT HAS NOT AND WILL NOT GIVE INFORMED CONSENT TO ANY CONTINUANCES WITHOUT WRITTEN CONSENT OF DEFENDANT IN CASE NO: CR-11-556112, FILED. PRO SE CCJ SO # 0210921 |

| Date 1 | Date 2 | Code | Type | Description | |
|---|---|---|---|---|---|
| 06/25/2014 | 07/02/2014 | N/A | JE | DEFENDANT NOT PRESENT IN COURT. PROSECUTOR(S) JAMES MAY PRESENT. DEFENSE COUNSEL RUFUS SIMS PRESENT. PRETRIAL HELD 06/25/2014. PRETRIAL SET FOR 07/29/2014 AT 01:00 PM. AT THE REQUEST OF DEFENDANT. FINAL PRETRIAL SET FOR 09/16/2014 AT 01:30 PM . AT THE REQUEST OF DEFENDANT. TRIAL SET FOR 09/29/2014 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. HEARING SET FOR 09/16/2014 AT 01:30 PM. REASON: ONGOING DISCOVERY. 06/25/2014 CPRXB 06/25/2014 14:41:13 | 🖹 |
| 06/09/2014 | 06/09/2014 | D1 | MO | DEFENDANT INVOKED DEMAND AS A RIGHT OF PROTECTION TO BE AFFORDED AN EVIDENTIARY HEARING BEFORE ANY FURTHER PROCEEDINGS, (JURISDICTIONAL DEMAND) FILED. PRO SE CUYAHOGA COUNTY JAIL | 🖹 |
| 06/05/2014 | 06/06/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL HELD 06/05/2014. PRETRIAL SET FOR 06/25/2014 AT 01:00 PM. AT THE REQUEST OF DEFENDANT. REASON: ONGOING DISCOVERY. 06/05/2014 CPRXB 06/05/2014 14:19:54 | 🖹 |
| 05/14/2014 | 05/14/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL HELD 05/14/2014. PRETRIAL SET FOR 06/05/2014 AT 01:30 PM. AT THE REQUEST OF DEFENDANT. REASON: ONGOING DISCOVERY. 05/14/2014 CPRXB 05/14/2014 14:25:13 | 🖹 |
| 04/30/2014 | 04/30/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL HELD 04/30/2014. PRETRIAL SET FOR 05/14/2014 AT 01:30 PM. AT THE REQUEST OF DEFENDANT. REASON: ONGOING DISCOVERY. 04/30/2014 CPRXB 04/30/2014 13:12:31 | 🖹 |
| 04/28/2014 | 04/28/2014 | N/A | JE | IT IS HEREBY ORDERED THAT THOMAS E SHAUGHNESSY, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $750.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. 1403203 04/28/2014 CPMKE 04/28/2014 09:32:30 | 🖹 |
| 04/22/2014 | 04/22/2014 | D | RE | ATTORNEY FEE BILL SUBMITTED THOMAS SHAUGHNESSY | |
| 04/10/2014 | 04/11/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL HELD 04/10/2014. PRETRIAL SET FOR 04/30/2014 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. REASON: ONGOING DISCOVERY. 04/10/2014 CPRXB 04/10/2014 14:10:43 | 🖹 |
| 04/08/2014 | 04/11/2014 | N/A | JE | PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL NOT HELD. PRETRIAL SET FOR 04/10/2014 AT 11:00 AM. AT THE REQUEST OF DEFENDANT. REASON: DEFENSE COUNSEL UNABLE TO ATTEND PRETRIAL. 04/08/2014 CPRXB 04/09/2014 11:50:30 | 🖹 |
| 04/01/2014 | 04/04/2014 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUFUS SIMS PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. PRETRIAL HELD 04/01/2014. PRETRIAL SET FOR 04/08/2014 AT 01:30 PM. AT THE REQUEST OF DEFENDANT. REASON: DEFENSE COUNSEL REQUESTED DISCOVERY. 04/01/2014 CPRXB 04/01/2014 10:54:02 | 🖹 |
| 04/01/2014 | 04/01/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952645, IN THE AMOUNT OF $17.50. | |
| 04/01/2014 | 04/01/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952644, IN THE AMOUNT OF $14.50. | |
| 04/01/2014 | 04/01/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952642, IN THE AMOUNT OF $12.50. | |
| 04/01/2014 | 04/01/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952641, IN THE AMOUNT OF $12.50. | |
| 03/28/2014 | 03/28/2014 | D1 | MO | DEFENDANT'S DEMAND FOR DISCOVERY AND BILL OF PARTICULARS FILED. | 🖹 |
| 03/27/2014 | 04/04/2014 | N/A | JE | DEFENSE COUNSEL GORDON FRIEDMAN IS WITHDRAWN FROM CASE FOR GOOD CAUSE SHOWN. DEFENDANT INDIGENT. THE COURT ASSIGNS RUFUS SIMS AS NEW DEFENSE COUNSEL. PRETRIAL SET FOR 04/01/2014 AT 09:00 AM. 03/27/2014 CPRXB 03/27/2014 14:31:47 | 🖹 |
| 03/25/2014 | 03/25/2014 | D | JE | COURT REPORTER ALLOWED $55.25. RECEIVED FOR FILING. | |
| 03/21/2014 | 03/21/2014 | D1 | MO | DEFENDANT'S DEMAND FOR DISCOVERY AND BILL OF PARTICULARS FILED. | |
| 03/20/2014 | 03/20/2014 | N/A | JE | UPON PRESENTATION BY PROSECUTOR AND FOR GOOD CAUSE SHOWN, WITNESS MONTREA DONALDSON IS ORDERED RELEASED. 03/20/2014 CPRXB 03/20/2014 10:53:16 | |

| | | | | |
|---|---|---|---|---|
| | | | | ESTABLISH WEIGHT OF THE EVIDENCE BEING PRESENTED TO THE TRIAL COURTS, FILED. PRO SE 210921 CUYAHOGA COUNTY JAIL |
| 03/19/2014 | 03/20/2014 | N/A | JE | THOMAS SHAUGHNESSY IS WITHDRAWN FROM CASE FOR GOOD CAUSE SHOWN. DEFENDANT INDIGENT. THE COURT ASSIGNS GORDON FRIEDMAN AS NEW DEFENSE COUNSEL. FIRST PRETRIAL SET FOR 03/24/2014 AT 01:30 PM. 03/19/2014 CPRXB 03/19/2014 16:17:26 |
| 03/17/2014 | 03/17/2014 | P | MO | MOTION FOR MATERIAL WITNESS WARRANT, FILED. |
| 03/17/2014 | 03/17/2014 | N/A | JE | ORDER OF MATERIAL WITNESS, SIGNED, ATTACHED, AND ORDERED FILED. ORDER SEE JOURNAL. 03/17/2014 CPDXM 03/17/2014 15:02:34 |
| 03/17/2014 | 03/17/2014 | N/A | JE | ORDER OF WARRANT FOR ARREST, SIGNED, ATTACHED, AND ORDERED FILED. ORDER SEE JOURNAL. 03/17/2014 CPDXM 03/17/2014 15:01:52 |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952396, IN THE AMOUNT OF $21.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952395, IN THE AMOUNT OF $18.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952393, IN THE AMOUNT OF $12.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952392, IN THE AMOUNT OF $20.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952391, IN THE AMOUNT OF $7.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952640, IN THE AMOUNT OF $21.50. |
| 03/12/2014 | 03/12/2014 | N/A | JE | CAPTIONED CASE BEING ORIGINALLY ASSIGNED TO JUDGE CAROLYN B FRIEDLAND (098) AND FOR GOOD CAUSE SHOWN, THIS MATTER IS HEREBY REASSIGNED AND TRANSFERRED TO THE DOCKET OF JUDGE MICHAEL E JACKSON (364) (MANUAL) FOR FURTHER PROCEEDINGS ACCORDING TO LAW. |
| 03/07/2014 | 03/07/2014 | D1 | SH | FRANKLIN COUNTY SHERIFF DEPT SERVICE FEE $16.49 SS 952643 |
| 03/03/2014 | 03/03/2014 | D1 | SH | STARK COUNTY SHERIFF DEPT SERVICE FEE $31.48 SS 952394 |
| 03/03/2014 | 03/03/2014 | N/A | CS | COURT REPORTER FEE |
| 03/03/2014 | 03/03/2014 | N/A | CS | COURT REPORTER FEE |
| 02/28/2014 | 02/28/2014 | N/A | CS | CALLING WITNESS |
| 02/28/2014 | 02/28/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 952640 |
| 02/27/2014 | 02/27/2014 | N/A | JE | JURY TRIAL CONTINUES. DEFENDANT'S MOTION MOTION FOR MISTRIAL IS GRANTED. 02/27/2014 CPMRC 02/27/2014 15:00:48 |
| 02/26/2014 | 02/27/2014 | N/A | JE | DEFENDANT PRESENT IN COURT. DEFENDANT IN COURT. COUNSEL TOM SHAUGHNESSY PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER KATHY KILBANE PRESENT. TRIAL CALLED AND FIRST DAY OF TRIAL COMMENCED. JURY IMPANELLED AND SWORN, 12 JURORS AND 2 ALTERNATE(S). CASE PROCEEDS TO TRIAL. TRANSCRIPT ORDERED AT STATE'S EXPENSE. 02/26/2014 CPMRC 02/27/2014 15:09:57 |
| 02/26/2014 | 02/26/2014 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 02/26/2014 | 02/26/2014 | N/A | JE | DEFENDANT TO HAVE SUPERVISED VISIT IN THE COURTROOM WITH HIS MOTHER AND INVESTIGATOR. 02/26/2014 CPMRC 02/26/2014 09:38:19 |
| 02/26/2014 | 02/26/2014 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952646, IN THE AMOUNT OF $6.00. |
| 02/25/2014 | 02/25/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952643, IN THE AMOUNT OF $6.00. |

| 03/20/2014 | 03/20/2014 | D1 | MO | MOTION TO DENY CONSENT TO PROCEED TO TRIAL AT THE DEFENDANT'S REQUEST WITHOUT FIRST WITHHOLDING AN EVIDENTIARY HEARING TO ESTABLISH VALIDITY OF THE EVIDENCE BEING PRESENTED TO THE TRIAL COURTS, FILED. PRO SE 210921 CUYAHOGA COUNTY JAIL |
|---|---|---|---|---|
| 03/19/2014 | 03/20/2014 | N/A | JE | THOMAS SHAUGHNESSY IS WITHDRAWN FROM CASE FOR GOOD CAUSE SHOWN. DEFENDANT INDIGENT. THE COURT ASSIGNS GORDON FRIEDMAN AS NEW DEFENSE COUNSEL. FIRST PRETRIAL SET FOR 03/24/2014 AT 01:30 PM. 03/19/2014 CPRXB 03/19/2014 16:17:26 |
| 03/17/2014 | 03/17/2014 | P | MO | MOTION FOR MATERIAL WITNESS WARRANT, FILED. |
| 03/17/2014 | 03/17/2014 | N/A | JE | ORDER OF MATERIAL WITNESS, SIGNED, ATTACHED, AND ORDERED FILED. ORDER SEE JOURNAL. 03/17/2014 CPDXM 03/17/2014 15:02:34 |
| 03/17/2014 | 03/17/2014 | N/A | JE | ORDER OF WARRANT FOR ARREST, SIGNED, ATTACHED, AND ORDERED FILED. ORDER SEE JOURNAL. 03/17/2014 CPDXM 03/17/2014 15:01:52 |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952396, IN THE AMOUNT OF $21.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952395, IN THE AMOUNT OF $18.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952393, IN THE AMOUNT OF $12.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952392, IN THE AMOUNT OF $20.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952391, IN THE AMOUNT OF $7.50. |
| 03/13/2014 | 03/13/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952640, IN THE AMOUNT OF $21.50. |
| 03/12/2014 | 03/12/2014 | N/A | JE | CAPTIONED CASE BEING ORIGINALLY ASSIGNED TO JUDGE CAROLYN B FRIEDLAND (098) AND FOR GOOD CAUSE SHOWN, THIS MATTER IS HEREBY REASSIGNED AND TRANSFERRED TO THE DOCKET OF JUDGE MICHAEL E JACKSON (364) (MANUAL) FOR FURTHER PROCEEDINGS ACCORDING TO LAW. |
| 03/07/2014 | 03/07/2014 | D1 | SH | FRANKLIN COUNTY SHERIFF DEPT SERVICE FEE $16.49 SS 952643 |
| 03/03/2014 | 03/03/2014 | D1 | SH | STARK COUNTY SHERIFF DEPT SERVICE FEE $31.48 SS 952394 |
| 03/03/2014 | 03/03/2014 | N/A | CS | COURT REPORTER FEE |
| 03/03/2014 | 03/03/2014 | N/A | CS | COURT REPORTER FEE |
| 02/28/2014 | 02/28/2014 | N/A | CS | CALLING WITNESS |
| 02/28/2014 | 02/28/2014 | N/A | SB | WITNESS VOUCHER PRINTED FOR SUBPOENA 952640 |
| 02/27/2014 | 02/27/2014 | N/A | JE | JURY TRIAL CONTINUES. DEFENDANT'S MOTION MOTION FOR MISTRIAL IS GRANTED. 02/27/2014 CPMRC 02/27/2014 15:00:48 |
| 02/26/2014 | 02/27/2014 | N/A | JE | DEFENDANT PRESENT IN COURT. DEFENDANT IN COURT. COUNSEL TOM SHAUGHNESSY PRESENT. PROSECUTOR(S) JAMES MAY PRESENT. COURT REPORTER KATHY KILBANE PRESENT. TRIAL CALLED AND FIRST DAY OF TRIAL COMMENCED. JURY IMPANELLED AND SWORN, 12 JURORS AND 2 ALTERNATE(S). CASE PROCEEDS TO TRIAL. TRANSCRIPT ORDERED AT STATE'S EXPENSE. 02/26/2014 CPMRC 02/27/2014 15:09:57 |
| 02/26/2014 | 02/26/2014 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 02/26/2014 | 02/26/2014 | N/A | JE | DEFENDANT TO HAVE SUPERVISED VISIT IN THE COURTROOM WITH HIS MOTHER AND INVESTIGATOR. 02/26/2014 CPMRC 02/26/2014 09:38:19 |
| 02/26/2014 | 02/26/2014 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/25/2014 | 02/25/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952646, IN THE AMOUNT OF $6.00. |
| 02/25/2014 | 02/25/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952643, IN THE AMOUNT OF $6.00. |

| | | | | |
|---|---|---|---|---|
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952402, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952401, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952400, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952399, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952398, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952397, IN THE AMOUNT OF $6.00. |
| 02/24/2014 | 02/24/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 952394, IN THE AMOUNT OF $6.00. |
| 02/20/2014 | 02/20/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/20/2014 | 02/20/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/20/2014 | 02/20/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/18/2014 | 02/18/2014 | N/A | SB | SUBPOENA CLERK'S FEE |
| 02/18/2014 | 02/18/2014 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 951189, IN THE AMOUNT OF $6.00. |
| 01/21/2014 | 01/22/2014 | N/A | JE | PRETRIAL HELD 01/21/2014. FINAL PRETRIAL SET FOR 02/10/2014 AT 09:00 AM . TRIAL SET FOR 02/24/2014 AT 09:00 AM. DEFENDANT ORDERED RETURNED FROM INSTITUTION FOR FINAL PRETRIAL AND TO REMAIN HERE UNTIL AFTER TRIAL. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 01/21/2014 CPMRC 01/21/2014 13:46:55 |
| 01/13/2014 | 01/14/2014 | N/A | JE | TRIAL SET FOR 02/05/2014 AT 09:00 AM. 01/13/2014 CPMRC 01/13/2014 16:02:23 |
| 11/27/2013 | 11/27/2013 | D1 | MO | MOTION TO DISMISS FOR LACK OF SPEEDY TRIAL RIGHTS STATE, EX REL. INDUS. COMM-V DAY, 136 OHIO ST. 477 [ 170.0.0 86 ], FILED. PRO-SE CUYAHOGA COUNTY JAIL |
| 11/27/2013 | 11/27/2013 | D1 | MO | OBJECTION TO THE COURT'S RULING FOR A CONTINUANCE CHARGEABLE TO THE DEFENDANT THATS ALREADY IN VIOLATION OF SPEEDY RIGHTS PURSUANT TO O.R.C.2945.71,72,73,OHIO CONST,ART I SEC 10, 6TH 14TH AMENDMENT, FILED. PRO-SE CUYAHOGA COUNTY JAIL |
| 11/27/2013 | 11/27/2013 | D1 | MO | NOTICE OF DENIAL OF CONSENT TO ALL CONTINUANCE AT THE DEFENDANT'S REQUEST AND NOTICE TO THE TRIAL COURT FOR DEFENDANT FILING MOTION'S, FILED. PRO-SE CUYAHOGA COUNTY JAIL |
| 09/17/2013 | 09/17/2013 | N/A | JE | TRIAL PREVIOUSLY SCHEDULED IS RESCHEDULED FOR 09/23/2013 AT 09:00AM 09/17/2013 CPMRC 09/17/2013 15:17:58 |
| 09/11/2013 | 09/11/2013 | N/A | JE | DEFENDANT ORDERED RETURNED ASAP FROM LCI FOR TRIAL ON 9/16/2013. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 09/11/2013 CPMRC 09/11/2013 10:53:28 |
| 06/27/2013 | 07/01/2013 | N/A | JE | PRETRIAL HELD 06/27/2013. PRETRIAL CONTINUED TO 07/24/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY. TRIAL SET FOR 09/16/2013 AT 09:00 AM. 06/27/2013 CPDEJ 06/28/2013 09:18:08 |

| 05/14/2013 | 05/14/2013 | N/A | JE | PRETRIAL SET FOR 05/20/2013 AT 09:00 AM. 05/14/2013 CPMRC 05/14/2013 13:55:55 |
| 04/30/2013 | 04/30/2013 | D1 | MO | DEMAND FOR DISCOVERY & BILL OF PARTICULARS, FILED. |
| 04/11/2013 | 04/15/2013 | N/A | JE | PRETRIAL HELD 04/11/2013. PRETRIAL CONTINUED TO 04/18/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO OBTAIN DISCOVERY. 04/11/2013 CPMRC 04/12/2013 11:55:10 |
| 04/10/2013 | 04/10/2013 | D1 | MO | DEFENDANT'S MOTION FOR DISCLOSURE OF FAVORABLE EVIDENCE, FILED. PRO-SE 021-921 CUYAHOGA COUNTY JAIL |
| 04/10/2013 | 04/10/2013 | D1 | MO | DEMAND FOR COUNSEL TO REVEAL EVIDENCE TO DEFENDANT PRIOR TO TRIAL, FILED. PRO-SE 021-0921 CUYAHOGA COUNTY JAIL |
| 04/10/2013 | 04/10/2013 | D1 | MO | REQUEST FOR BILL OF PARTICULARS, FILED. |
| 04/10/2013 | 04/10/2013 | D1 | MO | MOTION FOR DISCOVERY BY THE DEFENSE, FILED. |
| 04/08/2013 | 01/14/2014 | N/A | JE | DEFENDANT INDIGENT; ATTORNEY THOMAS E SHAUGHNESSY ASSIGNED. 04/08/2013 CPMRC 01/13/2014 16:00:35 |
| 04/08/2013 | 04/09/2013 | N/A | JE | DEFENDANT INDIGENT; ATTORNEY THOMAS E SHAUGHNESSY ASSIGNED. PRETRIAL SET FOR 04/11/2013 AT 09:00 AM. DEFENDANT'S MOTION MOTION TO REMOVE COUNSEL IS GRANTED. 04/08/2013 CPMRC 04/08/2013 10:49:11 |
| 04/01/2013 | 04/01/2013 | D1 | MO | DEFENDANT'S INVOKED DEMAND AS A RIGHT OF PROTECTION TO BE AFFORDED AN EVIDENTIARY HEARING BEFORE FURTHER PROCEEDINGS, FILED. PRO-SE CUYAHOGA COUNTY JAIL (JURISDICTIONAL DEMAND) |
| 03/29/2013 | 03/29/2013 | D1 | MO | MOTION FOR SUPPLEMENTARY DEMAND TO REMOVE COUNSEL FOR INEFFECTIVE ASSISTANCE, FILED. PRO-SE CUYAHOGA COUNTY JAIL |
| 03/28/2013 | 03/28/2013 | D | MO | MOTION TO COMPEL LAW ENFORCEMENT OFFICIALS TO TURN AND ADVISE THE PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING THE COURSE OF THE INVESTIGATION, FILED. (PRO-SE, CCJ) |
| 03/14/2013 | 03/14/2013 | D1 | MO | MOTION TO DISQUALIFY COUNSEL AND APPOINT PUBLIC DEFENDER, FILED. PRO-SE 0 210-921 CUYAHOGA COUNTY JAIL |
| 03/14/2013 | 03/14/2013 | D1 | MO | MOITON FOR ABUSE OF DISCREDTION PROSECUTIONAL MISCONDUCT AND INEFFECTIVE ASSISTANCE VIOLATING DUE PROCESS RIGHTS, FILED. PRO-SE 0210921 CUYAHOGA COUNTY JAIL |
| 03/14/2013 | 03/14/2013 | D1 | MO | MOTION TO COMPEL THE PRODUCTION OF EXCULPATORY EVIDENCE, FILED. PRO-SE 0210921 CUYAHOGA COUNTY JAIL |
| 03/06/2013 | 03/20/2013 | N/A | JE | PRETRIAL HELD 03/06/2013. PRETRIAL CONTINUED TO 03/21/2013 AT 11:00 AM TRIAL SET FOR 04/08/2013 AT 09:00 AM. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY. 03/06/2013 CPDXM 03/14/2013 13:04:44 |
| 02/06/2013 | 02/06/2013 | N/A | JE | IT IS HEREBY ORDERED THAT THOMAS REIN, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $1,290.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. AC 1301076 02/06/2013 CPMKE 02/06/2013 09:50:00 |
| 02/01/2013 | 02/06/2013 | N/A | JE | DUE TO COMPANION CASES CR 559530 AND 560691, EXTRAORDINARY FEES IN THE AMOUNT OF $290.00 ARE HEREBY GRANTED. THE TOTAL AMOUNT OF $1,290.00 IS HEREBY APPROVED. 02/01/2013 CPMKE 02/01/2013 11:12:52 |
| 01/31/2013 | 01/31/2013 | D | RE | ATTORNEY FEE BILL SUBMITTED THOMAS REIN |
| 01/30/2013 | 02/06/2013 | N/A | JE | PRETRIAL HELD 01/30/2013. PRETRIAL CONTINUED TO 02/11/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. TRIAL SET FOR 02/25/2013 AT 09:00 AM. 01/30/2013 CPDXM 02/06/2013 09:45:45 |
| 01/24/2013 | 01/31/2013 | N/A | JE | PRETRIAL HELD 01/24/2013. PRETRIAL CONTINUED TO 01/30/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. TRIAL SET FOR 02/25/2013 AT 09:00 AM. 01/24/2013 CPDXM 01/30/2013 14:27:06 |
| 01/17/2013 | 01/23/2013 | N/A | JE | DEFENDANT INDIGENT; ATTORNEY KEVIN M SPELLACY ASSIGNED. MOTION OF DEFENSE COUNSEL TOM REIN TO WITHDRAW IS GRANTED. 01/17/2013 CPDXM 01/23/2013 09:32:11 |
| 01/16/2013 | 01/16/2013 | D1 | MO | MOTION FOR LEAVE TO WITHDRAW, FILED. |
| 01/15/2013 | 01/15/2013 | P | MO | SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 01/14/2013 | 01/14/2013 | P | MO | STATE'S BILL OF PARTICULARS, FILED. |

| | | | | |
|---|---|---|---|---|
| 01/14/2013 | 01/14/2013 | P | MO | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 01/11/2013 | 02/13/2013 | N/A | JE | PRETRIAL HELD 01/11/2013. PRETRIAL CONTINUED TO 02/25/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY. 01/11/2013 CPMRC 02/12/2013 12:38:36 |
| 01/10/2013 | 01/15/2013 | N/A | JE | PRETRIAL HELD 01/10/2013. PRETRIAL CONTINUED TO 01/24/2013 AT 09:00 AM AT THE REQUEST OF DEFENDANT. TRIAL SET FOR 02/25/2013 AT 09:00 AM. 01/10/2013 CPDEJ 01/11/2013 13:27:41 |
| 12/18/2012 | 12/19/2012 | N/A | JE | PRETRIAL HELD 12/18/2012. PRETRIAL CONTINUED TO 01/10/2013 AT 09:00 AM REASON FOR CONTINUANCE: TO OBTAIN DISCOVERY. 12/18/2012 CPDEJ 12/19/2012 08:37:59 |
| 11/28/2012 | 11/29/2012 | N/A | JE | DEFENDANT IN COURT. COUNSEL THOMAS REIN PRESENT. PRETRIAL HELD 11/28/2012. PRETRIAL CONTINUED TO 12/18/2012 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: FOR ONGOING DISCOVERY. 11/28/2012 CPSM1 11/28/2012 16:09:31 |
| 11/06/2012 | 11/06/2012 | D1 | MO | DEMAND FOR DISCOVERY BY THE DEFENSE, FILED. |
| 11/05/2012 | 11/06/2012 | N/A | JE | DEFENDANT INDIGENT; ATTORNEY THOMAS A REIN ASSIGNED. COUNSEL ANGELO LONARDO'S MOTION MOTION FOR LEAVE TO WITHDRAW AS COUNSEL IS GRANTED. 11/05/2012 CPMRC 11/06/2012 14:31:04 |
| 10/29/2012 | 11/01/2012 | N/A | JE | DEFENDANT IS REFERRED TO COURT PSYCHIATRIC CLINIC. DIRECTOR, PSYCHIATRIC CLINIC: IN ACCORDANCE WITH PROVISIONS OF THE OHIO REVISED CODE, 2945.371 COMPETENCE TO STAND TRIAL; ETC. 2945.371 SANITY AT THE TIME OF THE ACT 2947.06(B) REPORTS FOR THE PURPOSE OF DETERMINING THE DISPOSITION OF A CASE: ELIGIBILITY FOR TRANSFER TO MENTAL HEALTH COURT (DEFENDANT HAS A PSYCHOTIC DISORDER OR INTELLECTUAL FUNCTION BELOW I.Q. OF 75). YOU ARE DIRECTED TO EXAMINE BRIAN LUMBUS, WHO IS AWAITING TRIAL ON CHARGE(S) OF 2923.24 POSSESSING CRIMINAL TOOLS, 2923.01 CONSPIRACY, 2913.02 THEFT; AGGRAVATED THEFT, 2913.02 THEFT; AGGRAVATED THEFT, 2913.02 GRAND THEFT, 2913.02 GRAND THEFT, 2913.02 GRAND THEFT, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.02 GRAND THEFT, 2921.12 TAMPERING WITH EVIDENCE, 2921.12 ATTEMPTED, TAMPERING WITH EVIDENCE, 2921.32 OBSTRUCTING JUSTICE, 2913.42 TAMPERING WITH RECORDS, 2913.42 TAMPERING WITH RECORDS, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2923.32 ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE, 2923.01 CONSPIRACY. 10/29/2012 CPMRC 10/29/2012 14:05:52 |
| 10/23/2012 | 10/23/2012 | D1 | MO | MOTION FOR LEAVE TO WITHDRAW AS DEFENSE COUNSEL FOR BRIAN LUMBUS BASED UPON IRRECONCILABLE DIFFERENCES, FILED. |
| 08/16/2012 | 08/28/2012 | N/A | JE | PRETRIAL HELD 08/16/2012. PRETRIAL CONTINUED TO 09/04/2012 AT 01:00 PM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY. 08/16/2012 CPDXM 08/28/2012 12:59:41 |
| 07/18/2012 | 08/02/2012 | N/A | JE | PRETRIAL SET FOR 08/06/2012 AT 01:00 PM. 07/18/2012 CPTRC 08/01/2012 14:56:48 |
| 04/19/2012 | 04/24/2012 | N/A | JE | PRETRIAL HELD 04/19/2012. PRETRIAL CONTINUED TO 05/09/2012 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY. 04/19/2012 CPCLF 04/24/2012 08:40:38 |

| | | | | |
|---|---|---|---|---|
| 03/22/2012 | 04/03/2012 | N/A | JE | PRETRIAL HELD 03/22/2012. PRETRIAL CONTINUED TO 04/12/2012 AT 01:00 PM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO OBTAIN DISCOVERY. 03/22/2012 CPCLF 03/26/2012 10:40:52 |
| 02/07/2012 | 02/16/2012 | N/A | JE | PRETRIAL HELD 02/07/2012. PRETRIAL CONTINUED TO 03/01/2012 AT 01:30 PM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO CONTINUE DISCOVERY 02/07/2012 CPMRC 02/15/2012 15:18:46 |
| 01/19/2012 | 01/24/2012 | N/A | JE | PRETRIAL HELD 01/19/2012. PRETRIAL CONTINUED TO 02/07/2012 AT 01:00 PM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: TO OBTAIN DISCOVERY 01/19/2012 CPMRC 01/19/2012 13:46:20 |
| 01/05/2012 | 01/05/2012 | N/A | JE | FIRST PRETRIAL SET FOR 01/19/2012 AT 01:00 PM. 01/05/2012 CPMRC 01/05/2012 13:48:47 |
| 01/04/2012 | 01/04/2012 | D1 | MO | MOTION FOR BILL OF PARTICULARS, FILED. |
| 01/04/2012 | 01/04/2012 | D1 | MO | DEMAND FOR DISCOVERY BY THE STATE OF OHIO, FILED. |
| 12/29/2011 | 12/29/2011 | D1 | SF | PAYMENT RECEIVED OF LUMBUS JR/BRIAN/ |
| 12/29/2011 | 12/29/2011 | D1 | DR | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 $85.00 |
| 12/29/2011 | 12/29/2011 | N/A | CS | PRISONER IN COURT |
| 12/29/2011 | 12/29/2011 | N/A | JE | CAPIAS RECALLED ON 12/29/2011. DEFENDANT PRESENT WITH COUNSEL. DEFENDANT RETAINED LONARDO, ANGELO F AS COUNSEL. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PLEAD NOT GUILTY TO INDICTMENT. BOND SET AT 25,000.00 DOLLARS. BOND TYPE: CASH/SUR/PROP/10%. . JUDGE FRIEDLAND, CAROLYN B (098) ASSIGNED (MANUALLY). |
| 12/29/2011 | 12/29/2011 | N/A | BN | $25000 SURETY BOND POSTED ON 12/29/2011 BY WATTS/NATASHA / UNIVERSAL INS CO. BOND NO. 605655 / POWER NO. 10003278 |
| 12/27/2011 | 12/27/2011 | N/A | SC | ARRAIGNMENT PREVIOUSLY SCHEDULED FOR 01/10/2012 AT 08:30 AM IS RESCHEDULED FOR 12/29/2011 AT 08:30 AM.. |
| 12/27/2011 | 12/27/2011 | N/A | SC | ARRAIGNMENT SCHEDULED FOR 01/10/2012 AT 08:30 AM IS CANCELLED. JUDGE: ARRAIGNMENT ROOM (ARRAIGN) REASON: UNKNOWN . |
| 12/23/2011 | 12/23/2011 | N/A | CL | CAPIAS PRINTED AND SENT TO SHERIFF |
| 12/23/2011 | 12/23/2011 | D | JE | ON RECOMMENDATION OF PROSECUTOR, WARRANT ON INDICTMENT ISSUED. |
| 12/23/2011 | 12/23/2011 | N/A | GP | ARRAIGNMENT SCHEDULED FOR 01/10/2012. |
| 12/23/2011 | 12/23/2011 | N/A | CS | WRIT FEE |
| 12/23/2011 | 12/23/2011 | N/A | CR | INDICTED ORIGINAL ON 12/23/2011 |
| 12/23/2011 | 12/23/2011 | N/A | SF | LEGAL RESEARCH |
| 12/23/2011 | 12/23/2011 | N/A | SF | CRIME STOPPERS |
| 12/23/2011 | 12/23/2011 | N/A | SF | COMPUTER FEE |
| 12/23/2011 | 12/23/2011 | N/A | SF | CLERK FEE |
| 11/02/2011 | 11/02/2011 | N/A | CR | CIF ENTERED |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2024 PROWARE. All Rights Reserved. 1.1.280

Print

# CASE INFORMATION

## CR-11-556136-A  THE STATE OF OHIO vs. BRIAN LUMBUS,JR

### Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 08/16/2023 | 08/16/2023 | N/A | NT | NOTICE OF CALCULATION OF SENTENCE, FILED | 📄 |
| 09/02/2016 | 09/02/2016 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $195.19 | |
| 05/31/2016 | 05/31/2016 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $1.77 | |
| 02/01/2016 | 02/01/2016 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $12.92 | |
| 01/15/2016 | 01/15/2016 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $1.10 | |
| 10/27/2015 | 10/27/2015 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $3.30 | |
| 06/29/2015 | 06/29/2015 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $2.83 | |
| 04/23/2015 | 04/23/2015 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $2.84 | |
| 03/31/2015 | 03/31/2015 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $22.54 | |
| 01/23/2015 | 01/23/2015 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $23.09 | |
| 11/26/2014 | 11/26/2014 | N/A | OT | STATEMENT OF COURT COST SENT TO CORRECTIONAL INSTITUTION FOR COLLECTION | |
| 11/26/2014 | 11/26/2014 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 535.5 PAID AMOUNT 143.42 AMOUNT DUE 392.08 | |
| 09/04/2014 | 09/04/2014 | N/A | JE | Affirmed. >Melody J. Stewart, J., Patricia Ann Blackmon, P.J., and Tim McCormack, J., concur. Notice issued. | |
| 06/20/2014 | 06/20/2014 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $3.66 | |
| 02/12/2014 | 02/12/2014 | D | JE | COURT REPORTER ALLOWED $87.75. RECEIVED FOR FILING. | |
| 01/29/2014 | 01/29/2014 | D1 | CL | TRANSCRIPT OF PROCEEDINGS (1) FILED AND SENT TO THE COURT OF APPEALS. (100787) | |
| 01/17/2014 | 01/21/2014 | N/A | JE | TRANSCRIPT AT STATES EXPENSE IS GRANTED. 01/17/2014 CPROB 01/17/2014 14:16:50 | |
| 01/15/2014 | 01/15/2014 | D1 | CL | RECORD ON APPEAL, PAGINATION SHEET AND CRIMINAL FILE SENT TO THE COURT OF APPEALS. | |
| 01/14/2014 | 01/14/2014 | N/A | JE | DEFENDANT'S MOTION JUDGEMENT GRANTING COMMUNITY SERVICE TO BE SERVED FOR COURT COSTS SENTENCED AT MANSFIELD CORRECTIONAL INSTUTION CASHIER OFFICE IS DENIED. 01/14/2014 CPROB 01/14/2014 09:34:00 | |
| 01/06/2014 | 01/06/2014 | D1 | MO | MOTION FOR JUDGEMENT GRANTING COMMUNITY SERVICE TO BE SERVE FOR COURT COST SENT TO MANCI CASHIER OFFICE, FILED. (PRO-SE, #642859, MANCI) | |
| 01/02/2014 | 01/02/2014 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF LUMBUS JR/BRIAN/ IN THE AMOUNT OF $54.76 | |
| 12/30/2013 | 12/29/2013 | N/A | JE | CAPTIONED CASE BEING REMANDED TO THE COURT OF COMMON PLEAS BY ORDER OF THE COURT OF APPEALS; THIS MATTER IS HEREBY RETURNED TO THE DOCKET OF JUDGE STEVEN E GALL (363). | |

| | | | | |
|---|---|---|---|---|
| | | | | ADMINISTRATIVE JUDGE NANCY A. FUERST THIS ENTRY TAKEN BY JUDGE NANCY A FUERST. 12/30/2013 CP1NF 12/29/2013 16:51:30 |
| 12/20/2013 | 12/20/2013 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 527.5 PAID AMOUNT 85 AMOUNT DUE 442.5 |
| 12/19/2013 | 12/19/2013 | D1 | NT | NOTICE OF APPEAL, JOURNAL ENTRY, PRAECIPE, DOCKETING STATEMENT (REGULAR), FILED AND SENT TO THE COURT OF APPEALS WITH A COPY OF THE DOCKET SHEET. THE COURT OF APPEALS NUMBER ASSIGNED IS 100787 |
| 12/06/2013 | 12/06/2013 | D1 | MO | DEMAND FOR DISMISSAL PURSUANT TO LACK OF JURISDICTION, FILED. PRO-SE 0-210-921 CUYAHOGA COUNTY JAIL |
| 12/05/2013 | 12/05/2013 | N/A | CS | COURT REPORTER FEE |
| 12/05/2013 | 12/05/2013 | N/A | CS | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 |
| 12/04/2013 | 12/05/2013 | N/A | JE | RE-SENTENCE PURSUANT TO DECISION FROM 8TH DISTRICT COURT OF APPEALS IN CASE 99301. DEFENDANT IN COURT. COUNSEL TOM SHAUGHNESSY PRESENT. COURT REPORTER PRESENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 4 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 12 OF THE INDICTMENT. COUNT(S) 2, 3, 6, 7, 8, 9, 10, 11 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: FORFEITURE TO BE LISTED IN SEPARATE JOURNAL ENTRY. FORFEITURE ITEMS TO BE TURNED OVER TO SECRET SERVICE. DEFENDANT ADDRESSES THE COURT, PROSECUTOR ADDRESSES THE COURT. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 3 YEAR(S). DEFENDANT SENTENCED TO 3 YEARS ON COUNT 1; 18 MOTNHS ON COUNT 4; 36 MONTHS ON COUNT 12; ALL TO RUN CONCURRENT FOR A TOTAL OF 3 YEARS. NO JUDICIAL RELEASE OR IPP. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR UP TO 3 YEARS FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. JAIL CREDIT DAYS TO DATE TO BE CALCULATED BY THE SHERIFF. FINE(S) WAIVED. THE DEFENDANT IS ORDERED TO PERFORM CCWS IN LIEU OF: PAYING COSTS, PAYING FEES. THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS,JR, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 12/04/2013 CPDXM 12/05/2013 14:01:57 |
| 12/02/2013 | 12/04/2013 | N/A | JE | PURSUANT TO THE DECISION FROM THE 8TH DISTRICT COURT OF APPEALS IN CASE 99301, THE CONVICTION IN THIS CASE IS REVERSED AND REMANDED. SENTENCING RE-SET FROM 12/3/13 TO 12/4/13 AT THE REQUEST OF THE COURT SENTENCING SET FOR 12/04/2013 AT 09:00 AM. 12/02/2013 CPROB 12/03/2013 15:08:21 |
| 12/02/2013 | 12/02/2013 | D1 | MO | OBJECTION TO THE COURT REQUESTING A CONTINUANCES ON THE BEHALF OF THE DEFENDANT, FILED. PRO-SE 0-210-921 CUYAHOGA COUNTY JAIL |
| 12/02/2013 | 12/02/2013 | D1 | MO | NOTICE OF THE DEFENDANT DENIAL OF CONSENT TO ANY CONTINUANCES PURSUANT TO O.R.C.2945.02 ART I SEC 10 AND THE 6TH , 14TH AMENDMENTS OF THE U.S. FEDERAL CONSTITUTION, FILED. PRO-SE 0210-921 CUYAHOGA COUNTY JAIL |
| 11/25/2013 | 11/25/2013 | D1 | MO | MOTION TO RE-INSTATE THE DEFENDANT BOND PURSUANT TO CRIMINAL RULE 46 OF THE OHIO REVISED CODE, FILED. PRO-SE CUYAHOGA COUNTY JAIL |

| | | | | |
|---|---|---|---|---|
| 11/22/2013 | 11/22/2013 | D1 | MO | NOTICE OF DEFENDANT FILING MOTIONS TO THE COURTS, FILED. PRO-SE 0-210-921 CUYAHOGA COUNTY JAIL |
| 11/22/2013 | 11/22/2013 | D1 | MO | NOTICE OF RESCISSION OF PLEA OF NOT GUILTY TO ALL CHARGES ALLEGED IN CASE NO # CR-11-556-136, FILED. PRO-SE 0210-921 CUYAHOGA COUNTY JAIL |
| 11/13/2013 | 11/13/2013 | N/A | CS | DEFENDANT'S BOOKING COST |
| 11/13/2013 | 11/13/2013 | N/A | CL | CAPIAS PRINTED AND SENT TO SHERIFF |
| 11/13/2013 | 11/13/2013 | N/A | CR | DEFENDANT IN CUSTODY |
| 11/12/2013 | 11/12/2013 | N/A | JE | PURSUANT TO THE DECISION FROM THE 8TH DISTRICT COURT OF APPEALS IN CASE 99301, THE CONVICTION IN THIS CASE IS REVERSED AND REMANDED. SENTENCING SET FOR 11/26/2013 AT 09:00 AM. DEFENDANT ORDERED RETURNED TO CUYAHOGA COUNTY JAIL FOR PURPOSES IF SENTENCING IN CASE 556136. CAPIAS TO ISSUE FOR DEFENDANT, BRIAN LUMBUS,JR. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS,JR, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 11/12/2013 CPROB 11/12/2013 13:46:04 |
| 10/24/2013 | 10/24/2013 | N/A | JE | DEFENDANT'S MOTION FOR MONTHLY INSTALLMENT PLAN IS DENIED. 10/24/2013 CPROB 10/24/2013 09:55:07 |
| 10/21/2013 | 10/21/2013 | D1 | MO | MOTION TO MONTHLY INSTALLMENT PLAN, FILED. (PRO-SE, #642859, MANCI) |
| 10/17/2013 | 10/17/2013 | D1 | NT | CRIMINAL APPEAL JUDGMENT: REVERSED AND REMANDED BY THE COURT OF APPEALS. (99301) |
| 05/21/2013 | 05/21/2013 | N/A | JE | DEFENDANT'S MOTION FOR BOND AND TO SUSPEND EXECUTION OF SENTENCE PENDING APPEAL IS DENIED. 05/21/2013 CPROB 05/21/2013 15:40:34 |
| 05/16/2013 | 05/16/2013 | D1 | MO | MOTION FOR BOND AND TO SUSPEND FURTHER EXECUTION OF SENTENCE PENDING APPEAL, FILED. |
| 01/29/2013 | 01/29/2013 | D | JE | COURT REPORTER ALLOWED $164.90. RECEIVED FOR FILING. |
| 01/29/2013 | 01/29/2013 | D1 | CL | TRANSCRIPT OF PROCEEDINGS (1) AND EXHIBITS FILED AND SENT TO THE COURT OF APPEALS. (99301) |
| 01/07/2013 | 01/07/2013 | D1 | CL | RECORD ON APPEAL, PAGINATION SHEET AND CRIMINAL FILE SENT TO THE COURT OF APPEALS. |
| 12/28/2012 | 12/31/2012 | N/A | JE | IT IS HEREBY ORDERED THAT THOMAS REIN, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $903.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. AC 1210963 12/28/2012 CPMKE 12/28/2012 08:58:52 |
| 12/21/2012 | 12/21/2012 | D | RE | ATTORNEY FEE BILL SUBMITTED TOM REIN |
| 12/20/2012 | 12/20/2012 | D1 | NT | NOTICE OF APPEAL, JOURNAL ENTRY, PRAECIPE, DOCKETING STATEMENT (REGULAR), FILED AND SENT TO THE COURT OF APPEALS WITH A COPY OF THE DOCKET SHEET. THE COURT OF APPEALS NUMBER ASSIGNED IS 99301. |
| 12/04/2012 | 12/04/2012 | D1 | MO | MOTION FOR RECONSIDERATION WITH REQUEST TO VACATE SENTENCE, FILED. |
| 11/30/2012 | 12/01/2012 | N/A | JE | NUNC PRO TUNC ENTRY AS OF AND FOR 11/27/2012. FORFEITURE ITEMS ARE AS FOLLOWS: SIX (6) I-PADS, 1 SILVER MAGNETIC CARD STRIPE READER WITH A BLACK CASE, DILLARDS BAG CONTAINING A DILLARDS RECEIPT AND TWO DILLARDS WINTER HATS, TRAILER HITCH LOCK-- MASTER LOCK SET (4 PIECES), RED AND WHITE HJC BLIZZARD HELMET, GARMIN NUVI SERIAL # 21D188746, FIVE (5) VISA DEBIT CARDS (4 WITH TALANDA WOODS NAME, 1 WITH FELITA CHANDLERS NAME), TWO (2) SPRINT HTC CELL PHONES, SERIAL #S HT16MHX16082 AND HT12EHV02943, APPLE I-MAC DESKTOP COMPUTER SERIAL# QP029207DAS WITH CORD, APPLE I-PAD 64GB SERIAL # DLXFW34ADKPN IN A RED CASE, MOTOROLA I269 CELLPHONE SERIAL #NTN2565BA WITH SIM CARD 000836666553300, EIGHTEEN (18) 1000 MAH 37 TL8 OR 31S BATTERIES, FORTY (40) BOXED ROUNDS OF ULTRA MAX 9MM 125 GRAIN AMMUNITION, FIVE (5) .22 CALIBER ROUNDS OF AMMUNITION IN A BLACK BOX, NOTARY STAMP, NOTARY INK STAMP IN THE NAME OF DIANA MOORE WITH AN EXPIRATION DATE OF JULY 15, 2013, ADOBE PHOTOSHOP CS4 SERIAL #104513719087877666950065 SOFTWARE, CARD PRINTER |

SOLUTIONS ZEBRA P330I & P430I PRINTER GUIDE CD, CARD PRINTER SOLUTIONS ZEBRA DRIVER & USER DOCUMENTATION CD, NINE (9) WALMART GIFT CARDS, SAN DISK USB DEVICE SERIAL # SDCZ36-002 2 GB WITH 2 CONNECTORS AND 3 MINI CD SD***, USB DEVICE (DISMANTLED) ATTACHED TO CABLE, 2 SHEETS OF PAPER WITH MISCELLANEOUS VISA CARD ACCOUNT NUMBERS, 52 NATIONAL CITY DIRECT CREDIT APPLICATIONS IN 61 VARIOUS VICTIM/ POTENTIAL VICTIM NAMES, PORTFOLIO CONTAINING MISCELLANEOUS SOFTWARE AND MANUALS, IPOD 8GB SERIAL # C3TFX8KJDCP7 WITH BOX, 3 MISCELLANEOUS CABLES IN BOX CONTAINING 1 MINI CD, RED SOLDERING IRON, BLACK POUCH, 2 MINI CDS, 2 WALL CHARGERS, PHOTO-VIDEO CONNECTOR CORD, 1 ATM PLASTIC COVERING, 1 PNY 4GB USB DEVICE, 1 TRANSCEND MICRO SD CARD ADAPTER, 2 USB CONNECTORS, 1 MINI SKIMMER, APPLE COMPUTER KEYBOARD, COMPUTER MOUSE, APPLE WALL CHARGER, EIGHTEEN (18) ATM PLASTIC COVERINGS (OVERLAYS), ELEVEN (11) UNKNOWN BLACK CONNECTORS IN A MEDICINE BOTTLE, TEN (10) OHIO HOLOGRAM LABELS FROM THE OHIO DEPARTMEN 11/30/2012 CPAVJ 11/30/2012 13:00:26

| | | | | |
|---|---|---|---|---|
| 11/28/2012 | 11/28/2012 | N/A | OT | STATEMENT OF COURT COST SENT TO CORRECTIONAL INSTITUTION FOR COLLECTION |
| 11/28/2012 | 11/28/2012 | N/A | CS | COURT REPORTER FEE |
| 11/28/2012 | 11/28/2012 | N/A | CS | COURT COST ASSESSED BRIAN LUMBUS JR BILL AMOUNT 409 PAID AMOUNT 85 AMOUNT DUE 324 |
| 11/28/2012 | 11/28/2012 | D1 | DR | COURT REPORTER FEE |
| 11/28/2012 | 11/28/2012 | D1 | DR | SHERIFF FEES |
| 11/27/2012 | 11/27/2012 | N/A | JE | DEFENDANT IN COURT. COUNSEL JOHN J RICOTTA PRESENT. COURT REPORTER PRESENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 4 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 12 OF THE INDICTMENT. COUNT(S) 2, 3, 6, 7, 8, 9, 10, 11 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: FORFEITURE TO BE LISTED IN SEPARATE JOURNAL ENTRY DEFENDANT ADDRESSES THE COURT, PROSECUTOR ADDRESSES THE COURT. PROSECUTOR: J D MAY THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 5 YEAR(S). PARTIES STIPULATE TO FACTS AND FINDINGS OF DEFENDANT'S PSYCH REPORT. JOHN J RICOTTA TO SUBMIT EXHIBIT #1, PLEA AGREEMENT AND EXHIBIT #2, PRESENTENCE REPORT. DEFENDANT SENTENCED TO FIVE YEARS PRISON ON COUNT ONE. TWELVE MONTHS ON COUNT FOUR, AND TWELVE MONTHS ON COUNT TWELVE. TIME TO RUN CONCURRENT FOR A TOTAL OF FIVE YEARS. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 3 YEARS MANDATORY FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. UNLESS THE DEFENDANT IS SERVING A PRISON TERM THAT CANNOT BE REDUCED UNDER THE LAW, DEFENDANT MAY BE ELIGIBLE TO EARN 1 OR 5 DAYS CREDIT TOWARDS HIS/HER SENTENCE FOR EACH COMPLETED MONTH DURING WHICH THE DEFENDANT PARTICIPATES IN EDUCATIONAL OR OTHER PROGRAMS. IN ADDITION, THE DEFENDANT MAY EARN UP TO 5 DAYS CREDIT TOWARDS HIS/HER SENTENCE FOR SUCCESSFUL COMPLETION OF A SECOND SUCH PROGRAM. THIS EARNED CREDIT IS NOT AUTOMATIC BUT MUST BE EARNED BY THE DEFENDANT. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT INDIGENT, COURT APPOINTS APPELLATE COUNSEL. TRANSCRIPT AT STATE'S EXPENSE. THE COURT |

| | | | | |
|---|---|---|---|---|
| | | | | HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT BRIAN LUMBUS,JR, DOB: 12/25/1979, GENDER: MALE, RACE: BLACK. 11/27/2012 CPAVJ 11/27/2012 11:57:57 |
| 11/27/2012 | 11/27/2012 | N/A | JE | DEFENDANT'S MOTION TO WITHDRAW PLEA IS DENIED. 11/27/2012 CPAVJ 11/27/2012 11:15:06 |
| 11/27/2012 | 11/27/2012 | N/A | CS | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 |
| 11/26/2012 | 11/27/2012 | N/A | JE | DEFENDANT INDIGENT; PUBLIC DEFENDER ASSIGNED. COURT REPORTER PRESENT. APPEALETTE RIGHTS READ TO THE DEFENDANT. 11/26/2012 CPAVJ 11/27/2012 12:10:21 |
| 11/21/2012 | 11/21/2012 | D1 | MO | MOTION TO WITHDRAW PLEA, FILED. (HEARING REQUESTED) |
| 11/19/2012 | 11/19/2012 | D1 | MO | MOTION TO REINSTATE ORIGINAL BOND, FILED. |
| 11/13/2012 | 11/13/2012 | D1 | MO | NOTICE OF APPEARANCE, FILED. |
| 10/31/2012 | 10/31/2012 | D1 | MO | DEMAND FOR DISCOVERY BY THE DEFENSE, FILED. |
| 10/30/2012 | 10/31/2012 | N/A | JE | SENTENCING SET FOR 11/27/2012 AT 08:30 AM. 10/30/2012 CPGJF 10/30/2012 15:03:02 |
| 10/30/2012 | 10/30/2012 | N/A | CS | COURT REPORTER FEE |
| 10/30/2012 | 10/30/2012 | N/A | JE | DEFENDANT INDIGENT; ATTORNEY THOMAS A REIN ASSIGNED. 10/30/2012 CPGJF 10/30/2012 10:57:39 |
| 10/29/2012 | 10/29/2012 | N/A | JE | ORDER TO REMOVE SPECIAL PROSECUTOR; ORDER SIGNED, ATTACHED, AND ORDERED FILED. ORDER SEE JOURNAL. 10/29/2012 CPDXM 10/29/2012 15:02:47 |
| 10/29/2012 | 10/29/2012 | P | MO | STATE'S MOTION TO AMEND CASE LIST FOR APPOINTMENT OF SPECIAL PROSECUTOR BY DELETION OF CASE CR 556136 (A&B),FILED. |
| 10/29/2012 | 10/29/2012 | N/A | JE | DEFENDANT IN COURT. COUNSEL ANGELO F LONARDO PRESENT. PROSECUTOR(S) JD MAY PRESENT. COURT REPORTER PRESENT. DEFENDANT'S BOND REVOKED. HEARING HELD 10/29/2012. DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL IS GRANTED. DEFENDANT IS REFERRED TO COURT PSYCHIATRIC CLINIC. DIRECTOR, PSYCHIATRIC CLINIC: IN ACCORDANCE WITH PROVISIONS OF THE OHIO REVISED CODE, 2945.371 COMPETENCE TO STAND TRIAL; ETC. 2947.06(B) REPORTS FOR THE PURPOSE OF DETERMINING THE DISPOSITION OF A CASE: PSYCHIATRIC RECOMMENDATIONS REGARDING DISPOSITION ELIGIBILITY FOR MENTAL HEALTH/DEVELOPMENTAL DISABILITY DUE TO A PSYCHOTIC DISORDER (FORMERLY MDO). ELIGIBILITY FOR MENTAL HEALTH/DEVELOPMENTAL DISABILITY DUE TO I.Q. AT OR BELOW 75 (FORMERLY MRO). ELIGIBILITY FOR TRANSFER TO MENTAL HEALTH COURT (DEFENDANT HAS A PSYCHOTIC DISORDER OR INTELLECTUAL FUNCTION BELOW I.Q. OF 75). YOU ARE DIRECTED TO EXAMINE BRIAN LUMBUS,JR, WHO HAS PLEAD GUILTY ON CHARGE(S) OF 2923.32 ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE, 2923.01 CONSPIRACY, 2923.01 CONSPIRACY, 2913.02 GRAND THEFT, 2913.02 GRAND THEFT, 2923.24 POSSESSING CRIMINAL TOOLS, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES, 2913.49 IDENTITY FRAUD; AFFIRMATIVE DEFENSES. DEFENDANT REMANDED. 10/29/2012 CPGJF 10/29/2012 10:35:53 |
| 10/26/2012 | 10/26/2012 | N/A | JE | SENTENCING PREVIOUSLY SET FOR 10/30/2012 AT 08:30AM IS RESET FOR 10/29/2012 AT 08:30AM. HEARING SET FOR 10/29/2012 AT 08:30 AM. DEFENSE COUNSEL'S MOTION TO WITHDRAW 10/26/2012 CPGJF 10/26/2012 11:36:16 |
| 10/23/2012 | 10/23/2012 | D1 | MO | MOTION FOR CONTINUANCE OF DEFENDANT LUMBUS' OCTOBER 30, 2012 SENTENCING DATE, FILED. |
| 09/10/2012 | 09/10/2012 | N/A | JE | SENTENCING PREVIOUSLY SET FOR 09/11/2012 AT 08:30AM IS RESET FOR 10/30/2012 AT 08:30AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PENDING DISPOSITION OF OTHER CASES. 09/10/2012 CPGJF 09/10/2012 13:03:57 |
| 09/06/2012 | 09/06/2012 | D1 | MO | MOTION TO CONTINUE SEPTEMBER 1, 2012 SENTENCING DATE WITH CONSENT OF THE PROSECUTION, FILED. |
| 08/14/2012 | 08/14/2012 | N/A | CS | COURT REPORTER FEE |

| 08/13/2012 | 08/14/2012 | N/A | JE | DEFENDANT IN COURT WITH COUNSEL ANGELO F LONARDO. PROSECUTING ATTORNEY JD MAY PRESENT. COURT REPORTER PRESENT. DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F2 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO GRAND THEFT 2913.02 A(3) F4 AS CHARGED IN COUNT(S) 4 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO IDENTITY FRAUD; AFFIRMATIVE DEFENSES 2913.49 C F3 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 12 OF THE INDICTMENT. COUNT(S) 2, 3, 6, 7, 8, 9, 10, 11 IS/ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. DEFENDANT TO FORFEIT TO THE STATE: FORFEITURE TO BE LISTED IN SEPARATE JOURNAL ENTRY THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT. DEFENDANT ADVISED OF POST RELEASE CONTROL FOR UP TO 3 YEARS. DEFENDANT ADVISED THAT IF POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. ORIGINAL BOND CONTINUED. SENTENCING SET FOR 09/11/2012 AT 08:30 AM. DEFENDANT ORDERED RELEASED. 08/13/2012 CPGJF 08/14/2012 08:02:34 |
| 08/13/2012 | 08/14/2012 | N/A | JE | DEFENDANT TO FORFEIT TO STATE: SIX (6) I PADS; 1 SILVER MAGNETIC CARD STRIPE READER WITH BLACK CASE; DILLARD'S BAG CONTAINING DILLARD'S RECEIPT AND TWO DILLARD'S WINTER HATS; TRAILER HITCH LOCK-MASTER LOCK SET (4 PIECES); READ AND WHITE HJC BLIZZARD HELMET; GARMIN NUVI-SERIAL # 21D188746; FIVE (5) VISA DEBIT CARDS (4 WITH TALANDA WOOD'S NAME, 1 WITH FELITA CHANDLER'S NAME); TWO (2) SPRINT HTC CELL PHONES, SERIAL #S: HT16MHX16082 AND HT12EHV02943; APPLE I-MAC DESKTOP COMPUTER-SERIAL #QP029207DAS WITH CORD; APPLE I-PAD 64GB-SERIAL #DLXFW34ADKPN IN A RED CASE; MOTOROLA I269 CELL PHONE-SERIAL # NTN2565BA WITH SIM CARD 000836666553300; EIGHTEEN (18) 1000 MAH 37 TL OR 31S BATTERIES; FORTY (40) BOXED ROUNDS OF ULTRA MAX 9MM 125 GRAIN AMMUNITION; FIVE (5) .22 CALIBER ROUNDS OF AMMUNITION IN A BLACK BOX; NOTARY STAMP; NOTARY INK STAMP IN THE NAME OF "DIANA MOORE" WITH AN EXPIRATION DATE OF 15 JULY 2013; ADOBE PHOTOSHOP CS4 SOFTWARE-SERIAL #1045137190878776669500065; CARD PRINTER SOLUTIONS ZEBRA P330I AND P430I PRINTER GUIDE CD; CARD PRINTER SOLUTIONS ZEBRA DRIVER AND USER DOCUMENTATION CD; NINE (9) WALMART GIFT CARDS; SAN DISK USB DEVICE-SERIAL # SDCZ36-002 2 GB WITH 2 CONNECTORS AND 3 MINI CD SD***; USB DEVICE (DISMANTLED) ATTACHED TO CABLE; 2 SHEETS OF PAPER WITH MISCELLANEOUS VISA CARD ACCOUNT NUMBERS; 52 NATIONAL CITY DIRECT CREDIT APPLICATIONS IN 61 VARIOUS VICTIM/POTENTIAL VICTIM NAMES; PORTFOLIO CONTAINING MISCELLANEOUS SOFTWARE AND MANUALS; IPOD 8GB-SERIAL # C3TFX8KJDCP7 WITH BOX; 3 MISCELLANEOUS CABLES IN BOX CONTAINING 1 MINI CD; RED SOLDERING IRON; BLACK POUCH; 2 MINI CDS; 2 WALL CHARGERS; PHOTO-VIDEO CONNECTOR CORD; 1 ATM PLASTIC COVERING; 1 PNY 4GB USB DEVICE; 1 TRANSCEND MICRO SD CARD ADAPTER; 2 USB CONNECTORS; 1 MINI SKIMMER; APPLE COMPUTER KEYBOARD; COMPUTER MOUSE; APPLE WALL CHARGER; EIGHTEEN (18) ATM PLASTIC COVERINGS (OVERLAYS); ELEVEN (11) UNKNOWN BLACK CONNECTORS IN MEDICINE BOTTLE; TEN (10) OHIO HOLOGRAM LABELS FROM OHIO DEPARTMENT OF PUBLIC SAFETY IN A PLASTIC SLEEVE; FOUR (4) AMERICAN CHECKBOOK REFILLS OF BLACK CHECK STOCK; 2 SAMSUNG 46" LCD TVS; 3 SAMSUNG 55" LED TVS; 2 ZENITH 50" PLASMA SCREEN TVS; 1 TOSHIBA 55" LED TV; 1 TOSHIBA 55" LED TV; 1 LG 55" LED TV' 2 SAMSUNG 3D BLUE RAY DVD PLAYERS; 2 PAIRS SAMSUNG 3D ACTIVE GLASSES 08/13/2012 CPGJF 08/14/2012 10:00:41 |

| | | | | |
|---|---|---|---|---|
| 06/19/2012 | 06/21/2012 | N/A | JE | PRETRIAL HELD 06/19/2012. TRIAL REMAINS SET FOR 08/13/2012 AT 09:30 AM. 06/19/2012 CPGJF 06/19/2012 15:32:17 |
| 05/31/2012 | 06/01/2012 | N/A | JE | DEFENDANT RETAINS COUNSEL ANGELO F LONARDO. 05/31/2012 CPGJF 05/31/2012 13:22:30 |
| 05/31/2012 | 06/01/2012 | N/A | JE | PRETRIAL HELD 05/31/2012. PRETRIAL CONTINUED TO 06/19/2012 AT 09:00 AM AT THE REQUEST OF DEFENDANT. 05/31/2012 CPGJF 06/01/2012 08:35:36 |
| 05/10/2012 | 05/10/2012 | N/A | JE | PRETRIAL HELD 05/10/2012. PRETRIAL CONTINUED TO 05/31/2012 AT 09:00 AM AT THE REQUEST OF DEFENDANT. TRIAL SET FOR 08/13/2012 AT 09:30 AM. 05/10/2012 CPGJF 05/10/2012 10:12:20 |
| 04/25/2012 | 04/25/2012 | N/A | JE | PRETRIAL HELD 04/25/2012. PRETRIAL CONTINUED TO 05/10/2012 AT 10:30 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 04/25/2012 CPGJF 04/25/2012 13:38:50 |
| 04/18/2012 | 04/19/2012 | N/A | JE | PRETRIAL HELD 04/18/2012. PRETRIAL CONTINUED TO 04/25/2012 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 04/18/2012 CPGJF 04/18/2012 13:38:52 |
| 03/29/2012 | 03/29/2012 | P | MO | RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY, FILED. |
| 03/29/2012 | 03/29/2012 | P | MO | BILL OF PARTICULARS, FILED. |
| 03/29/2012 | 03/29/2012 | P | MO | DEMAND FOR DISCOVERY BY THE STATE OF OHIO, FILED. |
| 03/28/2012 | 03/28/2012 | N/A | JE | SET FP/T AND TRIAL DATES AT 18 APRIL 2012 PRE-TRIAL PRETRIAL HELD 03/28/2012. PRETRIAL CONTINUED TO 04/18/2012 AT 09:00 AM 03/28/2012 CPGJF 03/28/2012 13:00:44 |
| 03/14/2012 | 03/16/2012 | N/A | JE | PRETRIAL HELD 03/14/2012. PRETRIAL CONTINUED TO 03/28/2012 AT 10:00 AM AT THE REQUEST OF DEFENDANT. 03/14/2012 CPGJF 03/15/2012 16:41:39 |
| 02/15/2012 | 02/15/2012 | N/A | JE | PRETRIAL HELD 02/15/2012. PRETRIAL CONTINUED TO 03/14/2012 AT 10:30 AM AT THE REQUEST OF DEFENDANT. 02/15/2012 CPGJF 02/15/2012 13:14:10 |
| 02/02/2012 | 02/06/2012 | N/A | JE | PRETRIAL HELD 02/02/2012. PRETRIAL CONTINUED TO 02/15/2012 AT 09:30 AM AT THE REQUEST OF DEFENDANT. 02/02/2012 CPGJF 02/02/2012 14:03:27 |
| 01/17/2012 | 01/17/2012 | N/A | JE | PRETRIAL HELD 01/17/2012. PRETRIAL CONTINUED TO 02/02/2012 AT 09:30 AM AT THE REQUEST OF DEFENDANT. 01/17/2012 CPGJF 01/17/2012 14:05:32 |
| 12/21/2011 | 12/23/2011 | N/A | JE | PRETRIAL HELD 12/21/2011. PRETRIAL CONTINUED TO 01/17/2012 AT 10:00 AM AT THE REQUEST OF DEFENDANT. 12/21/2011 CPGJF 12/21/2011 14:59:53 |
| 12/20/2011 | 12/20/2011 | D1 | MO | NOTICE OF APPEARANCE OF COUNSEL AND SUBSTITUTION OF COUNSEL, FILED. |
| 12/20/2011 | 12/20/2011 | D1 | MO | MOTION FOR BILL OF PARTICULARS, FILED. |
| 12/20/2011 | 12/20/2011 | D1 | MO | DEMAND FOR DISCOVERY, FILED. |
| 12/09/2011 | 12/09/2011 | D1 | MO | DEFENSE COUNSEL'S MOTION TO WITHDRAW, FILED. |
| 12/06/2011 | 12/07/2011 | N/A | JE | PRETRIAL HELD 12/06/2011. PRETRIAL CONTINUED TO 12/21/2011 AT 09:00 AM AT THE REQUEST OF DEFENDANT. THIS ENTRY TAKEN BY JUDGE WILLIAM J COYNE. 12/06/2011 CP1DK 12/06/2011 11:09:33 |
| 11/16/2011 | 11/17/2011 | N/A | JE | PRETRIAL HELD 11/16/2011. PRETRIAL CONTINUED TO 12/06/2011 AT 09:00 AM AT THE REQUEST OF DEFENDANT. 11/16/2011 CPSXK 11/16/2011 12:12:07 |
| 11/15/2011 | 11/15/2011 | D1 | MO | DEMAND FOR DISCOVERY BY THE DEFENSE, FILED. |
| 11/14/2011 | 11/14/2011 | D1 | SF | PAYMENT RECEIVED OF LUMBUS JR/BRIAN/ |
| 11/14/2011 | 11/14/2011 | D1 | DR | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 $85.00 |
| 11/14/2011 | 11/14/2011 | N/A | CS | PRISONER IN COURT |
| 11/14/2011 | 11/14/2011 | N/A | JE | DEFENDANT PRESENT WITH COUNSEL. DEFENDANT RETAINED SCHLACHET, JAYE M AS COUNSEL. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PLEAD NOT GUILTY TO INDICTMENT. BOND SET AT 50,000.00 DOLLARS. BOND TYPE: CASH/SURETY/PROP.. . JUDGE MCGINTY, TIMOTHY J (307) ASSIGNED (RANDOM ). FIRST PRETRIAL SET FOR 11/16/2011 AT 09:00 AM IN COURT ROOM JC23A JUDGE MCGINTY, TIMOTHY J. |
| 11/14/2011 | 11/14/2011 | N/A | BN | $50000 SURETY BOND POSTED ON 11/14/2011 BY WATTS/NATASHA / UNIVERSAL INS CO. BOND NO. 603498 / POWER NO. 4008392 |

| 11/09/2011 | 11/09/2011 | N/A | SC | ARRAIGNMENT PREVIOUSLY SCHEDULED FOR 11/23/2011 AT 08:30 AM IS RESCHEDULED FOR 11/14/2011 AT 08:30 AM.. |
| 11/09/2011 | 11/09/2011 | N/A | SC | ARRAIGNMENT SCHEDULED FOR 11/23/2011 AT 08:30 AM IS CANCELLED. JUDGE: ARRAIGNMENT ROOM (ARRAIGN) REASON: UNKNOWN . |
| 11/08/2011 | 11/08/2011 | D | JE | ORP - WARRANT ON INDICTMENT ISSUED. OSJ |
| 11/08/2011 | 11/08/2011 | N/A | CL | CAPIAS PRINTED AND SENT TO SHERIFF |
| 11/07/2011 | 11/08/2011 | N/A | CS | DEFENDANT'S BOOKING COST |
| 11/07/2011 | 11/08/2011 | N/A | CR | DEFENDANT IN CUSTODY |
| 11/07/2011 | 11/08/2011 | N/A | GP | ARRAIGNMENT SCHEDULED FOR 11/23/2011. |
| 11/07/2011 | 11/07/2011 | N/A | CS | WRIT FEE |
| 11/07/2011 | 11/07/2011 | N/A | CR | INDICTED ORIGINAL ON 11/07/2011 |
| 11/07/2011 | 11/08/2011 | N/A | SF | LEGAL RESEARCH |
| 11/07/2011 | 11/08/2011 | N/A | SF | CRIME STOPPERS |
| 11/07/2011 | 11/08/2011 | N/A | SF | COMPUTER FEE |
| 11/07/2011 | 11/08/2011 | N/A | SF | CLERK FEE |
| 11/02/2011 | 11/02/2011 | N/A | CR | CIF ENTERED |
| 10/31/2011 | 11/02/2011 | N/A | CR | ARRESTED 10/31/2011 |
| 10/28/2011 | 11/02/2011 | N/A | CR | DATE OF OFFENSE 10/28/2011 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2024 PROWARE. All Rights Reserved. 1.1.280