Brian Lumbus Jr. #92173510
2240 Hubbard Rd.
Youngstown OH 44505




Retail
U.S. POSTAGE PAID
FCM LG ENV
CUYAHOGA FALLS
OH 44223
MAR 29, 2024
$11.84
R2304E107076-23

RDC 99
44113

9589 0710 5270 0361 4964 26

RETURN RECEIPT REQUESTED

United States District Court
Magistrate Jonathan D. Greenberg
801 Superior Ave.
Cleveland, OH 44113

CVR 5