Brian Lumbus Jr #0317356

NEOCC
2240 Hubbard Rd
Youngstown OH 44505

9589 0710 5270 1956 6982 01



**Retail**




44113

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
BRUNSWICK, OH 44212
JAN 16, 2025

**$10.72**

S2324P504737-6

United States District Court
Clerks Office
801 W. Superior Ave.
Cleveland, OH 44113